**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Del Monte Foods Corporation II Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16984 (MBK)<br><br>(Joint Administration Requested) |

**CERTIFICATE OF SERVICE**

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtors in the above-captioned cases.

On July 1, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Motion for an Order Authorizing (I) the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 3)

- **Debtors' Application for Designation as Complex Chapter 11 Case** (Docket No. 4)

- **Debtors' Motion for Entry of an Order Extending Time to (I) File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief** (Docket No. 5)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and (B) Redact Certain Personally Identifiable Information of Natural Persons and (II) Granting Related Relief** (Docket No. 6)

- **Debtors' Application for Entry of an Order (I) Appointing Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 7)

- **Debtors' Motion for Entry of an Order (I) Enforcing Sections 362, 365, 525, and 541 of the Bankruptcy Code, (II) Approving the Form and Manner of Notice to Non-U.S. Customers, Suppliers and Other Stakeholders of Non-Debtor Affiliates, (III) Confirming the Debtors' Authority With Respect to Postpetition Operations, and (IV) Granting Related Relief** (Docket No. 8)

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

- **Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations, and (B) Renew, Replace, or Otherwise Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay With Respect to the Workers' Compensation Program; and (III) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs, and (II) Granting Related Relief** (Docket No. 10)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the (A) Payment of Certain Prepetition Taxes and Fees and (B) Undertaking of Certain Tax Planning Activities and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief** (Docket No. 12)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, Lienholders, 503(b)(9) Claimants, and PACA Vendors; (B) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (C) Granting Related Relief** (Docket No. 13)

- **Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Continue Their Customer Programs and to Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing, but Not Directing, Banks to Honor and Process Payments Related to the Foregoing, and (III) Granting Related Relief** (Docket No. 14)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, (C) Perform Intercompany Transactions in the Ordinary Course, and (D) Maintain Existing Business Forms; and (II) Granting Related Relief** (Docket No. 15)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of, and Declarations of Worthlessness With Respect to, Common Stock; and (II) Granting Related Relief** (Docket No. 16)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 17)

- **Declaration of Scott Mates in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 18)

- **Declaration of Jonathan Goulding, as Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions** (Docket No. 19)

- **Debtors' Application for Expedited Consideration of First Day Matters** (Docket No. 20)

- **Notice of Bankruptcy Filing, First Day Motions and Request for First Day Zoom Hearing for July 2, 2025 at 2:30 p.m. (ET)** (Docket No. 21)

Furthermore, on July 1, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Wells Fargo Corporate & Investment Banking at steven.r.gravani@wellsfargo.com:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, (C) Perform Intercompany Transactions in the Ordinary Course, and (D) Maintain Existing Business Forms; and (II) Granting Related Relief** (Docket No. 15)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 17)

- **Declaration of Scott Mates in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 18)

- **Debtors' Application for Expedited Consideration of First Day Matters** (Docket No. 20)

- **Notice of Bankruptcy Filing, First Day Motions and Request for First Day Zoom Hearing for July 2, 2025 at 2:30 p.m. (ET)** (Docket No. 21)

Furthermore, on July 1, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on U.S. Food and Drug Administration, Attn: Human Foods Program at patientaffairs@fda.hhs.gov:

- **Debtors' Motion for an Order Authorizing (I) the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 3)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, Lienholders, 503(b)(9) Claimants, and PACA Vendors; (B) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (C) Granting Related Relief** (Docket No. 13)

- **Debtors' Application for Expedited Consideration of First Day Matters** (Docket No. 20)

- **Notice of Bankruptcy Filing, First Day Motions and Request for First Day Zoom Hearing for July 2, 2025 at 2:30 p.m. (ET)** (Docket No. 21)

Furthermore, on July 1, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations, and (B) Renew, Replace, or Otherwise Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay With Respect to the Workers' Compensation Program; and (III) Granting Related Relief** (Docket No. 9)

- **Debtors' Application for Expedited Consideration of First Day Matters** (Docket No. 20)

- **Notice of Bankruptcy Filing, First Day Motions and Request for First Day Zoom Hearing for July 2, 2025 at 2:30 p.m. (ET)** (Docket No. 21)

Furthermore, on July 1, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief** (Docket No. 12)

- **Debtors' Application for Expedited Consideration of First Day Matters** (Docket No. 20)

- **Notice of Bankruptcy Filing, First Day Motions and Request for First Day Zoom Hearing for July 2, 2025 at 2:30 p.m. (ET)** (Docket No. 21)

Furthermore, on July 1, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the (A) Payment of Certain Prepetition Taxes and Fees and (B) Undertaking of Certain Tax Planning Activities and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Application for Expedited Consideration of First Day Matters** (Docket No. 20)

- **Notice of Bankruptcy Filing, First Day Motions and Request for First Day Zoom Hearing for July 2, 2025 at 2:30 p.m. (ET)** (Docket No. 21)

Dated: July 2, 2025

      /s/ *Alberto Romero Calderon*
Alberto Romero Calderon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 833-228-5497
Email: TeamDelMonte@stretto.com

# **Exhibit A**



# Exhibit A
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| 55 Oakwc Owner LLC | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | rsanders@allenmatkins.com |
| Accenture International Limited | Attn: Julie Sweet | julie.sweet@accenture.com |
| Alabama Office of the Attorney General | | consumerinterest@alabamaag.gov |
| Alaska Office of the Attorney General | | attorney.general@alaska.gov |
| Anhui Suzhou Science Foodstuff | Attn: Lou Defu | canfoodhy@163.com<br>kefu@qixin.com |
| ArentFox Schiff LLP | Attn: Jeffrey R. Gleit | jeffrey.gleit@afslaw.com |
| Arizona Office of the Attorney General | | bceintake@azag.gov |
| Barry-Wehmiller Design Group Inc | Attn: Dave Stahlman | dave.stahlman@barry-wehmiller.com |
| Beard New York VII | Attn: Dillon Olvera | dolvera@beardland.com |
| California Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| Chep USA | Attn: Xavier Garijo | xavier.garijo@chep.com |
| CIrcana LLC | Attn: Stuart Aitken | stuart.aitken@circana.com |
| Colorado Office of the Attorney General | | attorney.general@state.co.us |
| Connecticut Office of the Attorney General | | attorney.general@ct.gov |
| Crites Seed Inc | Attn: Andy Johnson | andy@critesseed.com |
| Crown Cork & Seal USA, Inc. | Attn: Kevin Clothier | kevin.clothier@crowncork.com |
| Del Monte Foods Corporation II Inc., et al. | c/o Cole Schotz P.C. | msirota@coleschotz.com<br>dbass@coleschotz.com<br>fyudkin@coleschotz.com |
| Del Monte Foods Corporation II Inc., et al. | c/o Herbert Smith Freehills Kramer (US) LLP | adam.rogoff@hsfkramer.com<br>rachael.ringer@hsfkramer.com<br>megan.wasson@hsfkramer.com<br>ashland.bernard@hsfkramer.com |
| Del Monte Pacific Limited | c/o Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates | ron.meisler@skadden.com |
| Delaware Department of Justice | | attorney.general@state.de.us |
| Delmo 11/12 (De) LLC | Attn: Jason Fox | jfox@wpcarey.com |
| Donnelley Financial Solutions | Attn: Dan Leib | dan.leib@dfinsolutions.com |
| ES3 LLC | Attn: Matt Rzucidlo | matt.rzucidlo@es3.com |
| Fort Dearborn Company | Attn: Linn Harson | linn.harson@mcclabel.com |
| Gatling-Lee V. Dmfi | c/o Broslavsky & Weinman | zbroslavsky@bwcounsel.com |
| Gatling-Lee V. Dmfi | c/o Dovel & Luner | simon@dovel.com<br>jonas@dovel.com |
| Gibson, Dunn & Crutcher LLP | Attn: Scott J. Greenberg, Jason Zachary Goldstein, Francis Petrie, Kevin Liang, Caith Kushner, Simon Briefel & Sue Su | sgreenberg@gibsondunn.com<br>jgoldstein@gibsondunn.com<br>fpetrie@gibsondunn.com<br>kliang@gibsondunn.com<br>ckushner@gibsondunn.com<br>sbriefel@gibsondunn.com<br>ssu@gibsondunn.com |
| Greenberg Traurig LLP | Attn: Alan Brody | brodya@gtlaw.com |
| Hawaii Office of the Attorney General | | hawaiiag@hawaii.gov |
| Hintz Ap Inc | Attn: Gilbert Hintz | eric.davis@benchmarkfarms.com |
| Instacart | Attn: Emily Reuter | emily.reuter@instacart.com |
| Jefferies Capital Services, LLC | | mediacontact@jefferies.com |
| Kansas Office of the Attorney General | | derek.schmidt@ag.ks.gov |
| Kentucky Office of the Attorney General | | attorney.general@ag.ky.gov |
| Maryland Office of the Attorney General | | oag@oag.state.md.us |
| Massachusetts Office of the Attorney General | | ago@state.ma.us |
| Mccall Farms Inc | Attn: Mccall Swink | mswink@mccallfarms.com |
| Mekanism Inc | Attn: Nancy Kapplow | nancy.kapplow@mekanism.com |
| Michigan Office of the Attorney General | | miag@michigan.gov |
| Minnesota Office of the Attorney General | | attorney.general@ag.state.mn.us |
| Missouri Office of the Attorney General | | consumer.help@ago.mo.gov |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 1 of 2

**STRETTO**

**Exhibit A**

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Montana Office of the Attorney General | | contactdoj@mt.gov |
| National Association of Attorney Generals | | support@naag.org |
| Nations Roof | Attn: Jake Hyatt | jhyatt@nationsroof.com |
| Nebraska Office of the Attorney General | | ago.info.help@nebraska.gov |
| New Hampshire Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| North Dakota Office of the Attorney General | | ndag@nd.gov |
| Oklahoma Office of the Attorney General | | questions@oag.ok.gov |
| Oregon Office of the Attorney General | | ellen.rosenblum@dog.state.or.us |
| Pension Benefit Guaranty Corporation | Attn: Karen Morris | kim.erin@pbgc.gov |
| Purcell International | Attn: Collen Purcell-Kangas | colleen@purcell-intl.com |
| Reser's Fine Foods, Inc. | Attn: Gary Mcevoy | garym@resers.com |
| Saddle Creek Corporation | Attn: Mark Cabrera | mark.cabrera@sclogistics.com |
| Sea Watch International Ltd | Attn: Bernie Carr | bernie.carr@seawatch.com |
| Seneca Foods | Attn: Michael Wilcott | mwolcott@senecafoods.com |
| Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman & Gregory A. Kopacz | asherman@sillscummis.com<br>gkopacz@sillscummis.com |
| Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Nicholas E. Baker, Dov Gottlieb & Zachary J. Weiner | squsba@stblaw.com<br>nbaker@stblaw.com<br>dov.gottlieb@stblaw.com<br>zachary.weiner@stblaw.com |
| South Dakota Office of the Attorney General | | atghelp@state.sd.us |
| Spc Operations Pty Ltd | Attn: Robert Lervasi | robert.iervasi@spc.com.au |
| Steuben Foods Inc | Attn: Brian Manka | bmanka@steubenfoods.com |
| Texas Office of the Attorney General | | greg.abbott@oag.state.tx.us |
| Transplace Texas LP | Attn: Lior Ron | laurenth@uberfreight.com |
| United States Trustee | Attn: Lauren Bielskie & David Gerardi | lauren.bielskie@usdoj.gov<br>david.gerardi@usdoj.gov |
| Utah Office of the Attorney General | | uag@utah.gov |
| Venus Growers Agricultural | Attn: Stelios Theodoulidis | s.theodoulidis@venusgrowers.gr |
| Vermont Office of the Attorney General | | ago.info@vermont.gov |
| Workday Inc | Attn: Carl Eschenbach | carl.eschenbach@workday.com |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 2 of 2

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Email |
|---|---|
| Broadspire Services Inc | messiah.kilap-kilap@delmonte.com |
| IPFS Corporation of California | accountsreceivable@ipfs.com |
| Sedgwick (CMS) | ar.remit@sedgwick.com |
| US Customs and Border Protection | sav-fpf@cbp.dhs.gov |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 1 of 1

# **Exhibit C**



**Exhibit C**

Served Via Electronic Mail

| Name | Email |
|---|---|
| Aryaka Networks Inc | accountsreceivable@aryaka.com |
| Eco Water Systems | independentwateryakima@gmail.com |

# **Exhibit D**



**Exhibit D**

Served Via Electronic Mail

| Name | Email |
|---|---|
| Aib International Certification | accounting@aibonline.org |
| Benton County Tax Collector | shelby.walker@bentoncountyar.gov |
| California Dept Public Health | kimchhany.loth-kwong@cdph.ca.gov |
| Department of Industrial Relations | sip@dir.ca.gov |
| Expeditors International / Sfo | joanne.wong@expeditors.com |
| Kings County Tax Collector | megan.campbell@co.kings.ca.us |
| Kuehne + Nagel Inc. | luis.ramirez@kuehne-nagel.com |
| San Francisco Tax Collector | ttx.bankwires@sfgov.org |
| State of California Department | jtakimoto@dir.ca.gov |
| State of California -Department | ctanasin@dir.ca.gov |
| State Water Resources Control Board | das-drinkingwaterfees@waterboards.ca.gov |
| State Water Resources Control Board | receipts_unit@waterboards.ca.gov |
| US Department of Labor | oshaappleton@dol.gov |
| US Potato Board | brandy@potatoesusa.com |
| USDA AMS F&V Processed | margaret.davis@ams.usda.gov |
| USDA AMS S&T PVPO | pvpomail@usda.gov |
| USDA,AMS, Science Program | lea.fleming@ams.usda.gov |
| Yakima Regional Clean Air | christa@yrcaa.org |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 1 of 1