**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff, Esq. (*pro hac vice* pending)
Rachael L. Ringer, Esq. (*pro hac vice* pending)
Megan M. Wasson, Esq. (*pro hac vice* pending)
Ashland J. Bernard, Esq. (*pro hac vice* pending)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*,[1] | Case No. 25-16984 (MBK) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## TO BE HEARD ON JULY 2, 2025 AT 2:30 P.M. (ET)

To: All Parties Receiving Electronic Notification of Filing
via the Court's CM/ECF System

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

50371384

I.   **MATTERS GOING FORWARD**

**PLEASE TAKE NOTICE** that the following matters are currently scheduled to be heard on **July 2, 2025, at 2:30 p.m. (prevailing Eastern Time)** before the Honorable Judge Michael B. Kaplan:

1. Debtors' Application for Designation as Complex Chapter 11 Case [Docket No. 4]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status:  This matter is going forward with permission of the Court.

2. Debtors' Motion for an Order Authorizing (I) the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status:  This matter is going forward with permission of the Court.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 17]

    Related Documents:

    A. Declaration of Scott Mates in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV)

Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 18]

    B. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

Status: This matter is going forward with permission of the Court.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, (C) Perform Intercompany Transactions in the Ordinary Course, and (D) Maintain Existing Business Forms; and (II) Granting Related Relief [Docket No. 15]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

Status: This matter is going forward with permission of the Court.

5. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, Lienholders, 503(b)(9) Claimants, and PACA Vendors; (B) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (C) Granting Related Relief [Docket No. 13]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

Status: This matter is going forward with permission of the Court.

6. Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs, and (II) Granting Related Relief [Docket No. 10]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court.

7. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations, and (B) Renew, Replace, or Otherwise Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; and (III) Granting Related Relief [Docket No. 9]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court

8. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of, and Declarations of Worthlessness with Respect to, Common Stock; and (II) Granting Related Relief [Docket No. 16]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

Status: This matter is going forward with permission of the Court.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the (A) Payment of Certain Prepetition Taxes and Fees and (B) Undertaking of Certain Tax Planning Activities and (II) Granting Related Relief [Docket No. 11]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court

10. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Docket No. 12]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court.

11. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Continue Their Customer Programs and to Honor Certain Prepetition Obligations Related Thereto, (II) Directing Banks to Honor and Process Payments Related to the Foregoing, and (III) Granting Related Relief [Docket No. 14]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and (B) Redact Certain Personally Identifiable Information of Natural Persons and (II) Granting Related Relief [Docket No. 6]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court.

13. Debtors' Motion for Entry of an Order Extending Time to (I) File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief [Docket No. 5]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court.

14. Debtors' Motion for Entry of an Order (I) Enforcing Sections 362, 365, 525 and 541 of the Bankruptcy Code, (II) Approving the Form and Manner of Notice to Non-U.S. Customers, Suppliers and Other Stakeholders of Non-Debtor Affiliates, (III) Confirming the Debtors' Authority with Respect to Postpetition Operations, and (IV) Granting Related Relief [Docket No. 8]

    Related Documents:

    A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

    B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

    Status: This matter is going forward with permission of the Court.

50371384

15. Debtors' Application for Entry of an Order (I) Appointing Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 7]

   Related Documents:

   A. Declaration of Jonathan Goulding, as Chief Restructuring Officer in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 19]

   B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 24]

   Status: This matter is going forward with permission of the Court.

*[Remainder of Page Intentionally Left Blank.]*

Dated: July 2, 2025

*/s/ Michael D. Sirota*
Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Felice R. Yudkin
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com

*– and –*

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff*
Rachael L. Ringer*
Megan M. Wasson*
Ashland J. Bernard*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: Adam.Rogoff@HSFKramer.com
Rachael.Ringer@HSFKramer.com
Megan.Wasson@HSFKramer.com
Ashland.Bernard@HSFKramer.com

*\*Pending Admission Pro Hac Vice*

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*