# EXHIBIT 1

[Products Supply Agreement]
[Filed Under Seal]