

# Master Service List
As of 7/24/2025

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| 55 Oakwc Owner LLC | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Rachel M. Sanders | 865 South Figueroa Street Suite 2800 | Los Angeles | CA | 90017 | | rsanders@allenmatkins.com |
| Accenture International Limited | Attn: Julie Sweet | 395 9th Avenue | | New York | NY | 10001 | | julie.sweet@accenture.com |
| Ad Hoc Super-Senior Term Lender Group | c/o Gibson, Dunn & Crutcher LLP | Attn: Francis Petrie | 333 South Grand Avenue | Los Angeles | CA | 90071-3197 | | cbiling@gibsondunn.com FPetrie@gibsondunn.com |
| Ad Hoc Super-Senior Term Lender Group | c/o Gibson, Dunn & Crutcher LLP | Attn: Scott J. Greenberg, Jason Z. Goldstein, Kevin Liang, Caith Kushner, Simon Briefel & Sue Su | 200 Park Avenue | New York | NY | 10166 | | sgreenberg@gibsondunn.com jgoldstein@gibsondunn.com kliang@gibsondunn.com ckushner@gibsondunn.com sbriefel@gibsondunn.com ssu@gibsondunn.com |
| Ad Hoc Super-Senior Term Lender Group | c/o Sills Cummis & Gross P.C. | Attn: Andrew H. Sherman & Gregory A. Kopacz | One Riverfront Plaza | New Jersey | NJ | 07102 | | asherman@sillscummis.com gkopacz@sillscummis.com |
| Alabama Office of the Attorney General | | 501 Washington Ave | | Montgomery | AL | 36104 | | consumerinterest@alabamaag.gov |
| Alaska Office of the Attorney General | | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 | | attorney.general@alaska.gov |
| Anhui Suzhou Science Foodstuff | Attn: Lou Defu | Economic Development Zone | Dangshan County, Suzhou City | Anhui | | 235099 | China | canfoodhy@163.com kefu@qixin.com |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | Phoenix | AZ | 85004 | | bceintake@azag.gov |
| Arkansas Office of the Attorney General | | 323 Center St | Suite 200 | Little Rock | AR | 72201 | | |
| Atlantic Specialty Insurance Company | c/o Torre, Lentz, Gamell, Gary & Rittmaster, LLP | Attn: Kevin M. Gary & Steven H. Rittmaster | 100 Jericho Quadrangle, Suite 309 | Jericho | NY | 11753-2702 | | kgary@tlggr.com srittmaster@tlggr.com |
| Barry-Wehmiller Design Group Inc | Attn: Dave Stahlman | 8027 Forsyth Blvd | Suite 800 | St. Louis | MO | 63105 | | dave.stahlman@barry-wehmiller.com |
| Beard New York VII | Attn: Dillon Olvera | 530 11th Street | | Modesto | CA | 95354 | | dolvera@beardland.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | 2550 M Street NW | Washington | DC | 20037 | | mark.salzberg@squirepb.com |
| Blue Yonder, Inc. | c/o Squire Patton Boggs (US) LLP | Attn: Mark C. Errico | 382 Springfield Ave Ste 300 | Summit | NJ | 07901 | | mark.errico@squirepb.com |
| California Office of the Attorney General | | PO Box 944255 | | Sacramento | CA | 94244-2550 | | xavier.becerra@doj.ca.gov |
| Chep USA | Attn: Xavier Garijo | 5897 Windward Pkwy | | Alpharetta | GA | 30005 | | xavier.garijo@chep.com |
| CIrcana LLC | Attn: Stuart Aitken & Jeyson Rivera | 203 North Lasalle St Ste 1500 | | Chicago | IL | 60601 | | stuart.aitken@circana.com jeyson.rivera@circana.com |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 | | attorney.general@state.co.us |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 | | attorney.general@ct.gov |
| Constellation NewEnergy, Inc., Constellation NewEnergy - Gas Division and Southern California Gas Company | c/o Cullen and Dykman LLP | Attn: Kyriaki Christodoulou | One Battery Park Plaza 34th Fl | New York | NY | 10004 | | kchristodoulou@cullenllp.com |
| Constellation NewEnergy, Inc., Constellation NewEnergy - Gas Division and Southern California Gas Company | c/o Law Firm of Russell R. Johnson III, PLC | Attn: Russell R. Johnson III & John M. Craig | 2258 Wheatlands Dr | Manakin-Sabot | VA | 23103 | | russell@russelljohnsonlawfirm.com jcraig@russelljohnsonlawfirm.com |
| Crites Seed Inc | Attn: Andy Johnson | 212 W 8th St | | Moscow | ID | 83843 | | andy@critesseed.com |
| Crites Seed, Inc. | Attn: Andy Johnson | 212 College St | | Moscow | ID | 83843 | | andy@critesseed.com |
| Crown Cork & Seal USA, Inc. | Attn: Kevin Clothier | 770 Township Line Road | | Yardley | PA | 19067 | | kevin.clothier@crowncork.com |
| Del Monte Foods Corporation II Inc., et al. | c/o Cole Schotz P.C. | Attn: Michael D. Sirota, David M. Bass & Felice R. Yudkin | Court Plaza North, 25 Main Street | Hackensack | NJ | 07601 | | msirota@coleschotz.com dbass@coleschotz.com fyudkin@coleschotz.com |
| Del Monte Foods Corporation II Inc., et al. | c/o Herbert Smith Freehills Kramer (US) LLP | Attn: Adam C. Rogoff, Rachael L. Ringer, Megan M. Wasson & Ashland J. Bernard | 1177 Avenue of the Americas | New York | NY | 10036 | | Adam.Rogoff@HSFKramer.com Rachael.Ringer@HSFKramer.com Megan.Wasson@HSFKramer.com Ashland.Bernard@HSFKramer.com |
| Del Monte Pacific Limited | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn Ron E. Meisler & Justin M. Winerman | 320 S. Canal St | Chicago | IL | 60606 | | ron.meisler@skadden.com justin.winerman@skadden.com |
| Del Monte Pacific Limited | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Kimberly A. LaMaina | 920 N King Street | Wilmington | DE | 19801 | | kimberly.lamaina@skadden.com |
| Del Monte Pacific Limited | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Robert D. Drain | One Manhattan West | New York | NY | 10001 | | robert.drain@skadden.com |
| Delaware Department of Justice | | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 | | Attorney.General@state.DE.US |
| Delmo 11/12 (De) LLC | Attn: Jason Fox | One Manhattan West 395 9th Ave | 58th Floor | New York | NY | 10001 | | jfox@wpcarey.com |
| Donnelley Financial Solutions | Attn: Dan Leib | 35 W Wacker Dr | | Chicago | IL | 60601 | | dan.leib@dfinsolutions.com |
| Eagle Mountain-Saginaw Independent School District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | 500 East Border St, Suite 640 | Arlington | TX | 76010 | | rgleason@pbfcm.com ebcalvo@pbfcm.com |
| ES3 LLC | Attn: Matt Rzucidlo | 6 Optical Avenue | | Keene | NH | 03431 | | matt.rzucidlo@es3.com |
| Florida Office of the Attorney General | | The Capitol Pl 01 | | Tallahassee | FL | 32399 | | |
| Fort Dearborn Company | Attn: Linn Harson | 6111 N. River Rd | Floor 8 | Rosemont | IL | 60018 | | linn.harson@mcclabel.com |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 1 of 4



## Master Service List
As of 7/24/2025

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Gatling-Lee V. Dmfi | c/o Broslavsky & Weinman | Attn: Zack Broslavsky | 1500 Rosecrans Ave, Suite 500 | Manhattan Beach | CA | 90266 | | zbroslavsky@bwcounsel.com |
| Gatling-Lee V. Dmfi | c/o Dovel & Luner | Attn: Simon Franzini & Jonas B. Jacobson | 201 Santa Monica Blvd, Suite 600 | Santa Monica | CA | 90401 | | simon@dovel.com jonas@dovel.com |
| Georgia Office of the Attorney General | | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | | |
| Hawaii Office of the Attorney General | | 425 Queen St | | Honolulu | HI | 96813 | | hawaiiag@hawaii.gov |
| Hintz AP, Inc. | Attn: Gilbert Hintz | 29 Rd. 7 NE | | Ephrata | WA | 98823 | | emily.silverstein@delmonte.com eric.davis@benchmarkfarms.com gilberthintz@gmail.com |
| Idaho Office of the Attorney General | | 700 W Jefferson St | Suite 210 | Boise | ID | 83720 | | |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | Chicago | IL | 60601 | | |
| Indiana Office of the Attorney General | | Indiana Government Center South | 302 W Washington St, 5th Floor | Indianapolis | IN | 46204 | | |
| Instacart | Attn: Emily Reuter | 50 Beale Street | Suite 600 | San Francisco | CA | 94105 | | emily.reuter@instacart.com |
| Internal Revenue Service | | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5002 | | |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E Walnut St, Room 109 | Des Moines | IA | 50319 | | |
| Jefferies Capital Services, LLC | | 520 Madison Avenue | | New York | NY | 10022 | | mediacontact@jefferies.com |
| JPMorgan Chase Bank, N.A. | c/o Greenberg Traurig LLP | Attn: Alan J. Brody | 500 Campus Drive, Suite 400 | Florham Park | NJ | 07932-0677 | | brodya@gtlaw.com |
| JPMorgan Chase Bank, N.A. | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Nicholas E. Baker, Dov Gottlieb & Zachary J. Weiner | 425 Lexington Ave | New York | NY | 10017 | | squsba@stblaw.com nbaker@stblaw.com dov.gottlieb@stblaw.com zachary.weiner@stblaw.com |
| Kansas Office of the Attorney General | | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | | derek.schmidt@ag.ks.gov |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave, Suite 118 | Frankfort | KY | 40601 | | attorney.general@ag.ky.gov |
| Lone Star College System, Galveston County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | Houston | TX | 77253-3064 | | houston_bankruptcy@lgbs.com |
| Louisiana Office of the Attorney General | | 1885 N Third St | | Baton Rouge | LA | 70802 | | |
| Maine Office of the Attorney General | | 6 State House Station | | Augusta | ME | 04333 | | |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | Baltimore | MD | 21202 | | oag@oag.state.md.us |
| Massachusetts Office of the Attorney General | | 1 Ashburton Pl | 20th Floor | Boston | MA | 02108 | | ago@state.ma.us |
| Mccall Farms Inc | Attn: Mccall Swink | 6615 South Irby Street | | Effingham | SC | 29541 | | mswink@mccallfarms.com |
| Mekanism Inc | Attn: Nancy Kapplow | 570 Pacific Ave, 3rd Floor | | San Francisco | CA | 94133 | | nancy.kapplow@mekanism.com payments@mekanism.com |
| Michigan Office of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St, 7th Floor | Lansing | MI | 48933 | | miag@michigan.gov |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | St. Paul | MN | 55101 | | attorney.general@ag.state.mn.us |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St, Suite 1200 | Jackson | MS | 39201 | | |
| Missouri Office of the Attorney General | | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | | consumer.help@ago.mo.gov |
| Montana Office of the Attorney General | | 215 N Sanders | Justice Building, 3rd Floor | Helena | MT | 59601 | | contactdoj@mt.gov |
| Morning Star Company | Attn: James Sherwood | 12045 Ingomar Grade | | Los Banos | CA | 93635-9796 | | jsherwood@morningstarco.com |
| Morning Star Company | Attn: Paul Kuzmenko | 724 Main St | | Woodland | CA | 95695 | | pkuzmenko@morningstarco.com |
| Morning Star Company | c/o Wagner Jones Helsley | Attn: Riley C. Walter | 265 E River Park Cir Ste 310 | Fresno | CA | 93720 | | rwalter@wjhattorneys.com |
| National Association of Attorney Generals | | 1850 M Street NW 12th Floor | | Washington | DC | 20036 | | support@naag.org |
| Nations Roof LLC | c/o Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein | 90 Woodbridge Center Drive, Suite 900 Box 10 | Woodbridge | NJ | 07095 | | dstein@wilentz.com |
| Nations Roof, LLC | Attn: Jake Hyatt & David Gersh | 851 E I-65 Service Rd Ste 300 | | Mobile | AL | 36606 | | jhyatt@nationsroof.com dgersh@nationsroof.com |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | Lincoln | NE | 68509 | | ago.info.help@nebraska.gov |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | | |
| New Hampshire Office of the Attorney General | | Nh Department of Justice | 33 Capitol St | Concord | NH | 03301 | | attorneygeneral@doj.nh.gov |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor, West Wing | Trenton | NJ | 08611 | | |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | | |
| New York Office of the Attorney General | | The Capitol | | Albany | NY | 12224 | | |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | Raleigh | NC | 27603 | | |
| North Dakota Office of the Attorney General | | State Capitol | 600 E Boulevard Ave, Dept. 125 | Bismarck | ND | 58505 | | ndag@nd.gov |
| O-1 Owens-Brockway Glass Container, Inc. | c/o Traurig Law LLC | Attn: Jeffrey M. Traurig | One University Plaza Ste 124 | Hackensack | NJ | 07601 | | jtraurig@trauriglaw.com |
| Office of the United States Trustee | Attn: Lauren Bielskie, David Gerardi & Jeffrey M. Sponder | One Newark Center, Suite 2100 | | Newark | NJ | 07102 | | Lauren.Bielskie@usdoj.gov David.Gerardi@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Ohio Office of the Attorney General | | State Office Tower | 30 E Broad St, 14th Floor | Columbus | OH | 43215 | | |
| Oklahoma Office of the Attorney General | | 313 Ne 21St St | | Oklahoma City | OK | 73105 | | questions@oag.ok.gov |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 290 | San Francisco | CA | 94105-3493 | | schristianson@buchalter.com |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 2 of 4



## Master Service List
As of 7/24/2025

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Oregon Office of the Attorney General | | 1162 Court St Ne | | Salem | OR | 97301 | | ellen.rosenblum@dog.state.or.us |
| Pacific Coast Producers | c/o Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Thomas A. Willoughby | 500 Capital Mall, Suite 2250 | Sacramento | CA | 95814 | | twilloughby@ffwplaw.com |
| Pacific Coast Producers | c/o Womble Bond Dickinson (US) LLP | Attn: Wojciech F. Jung | 888 Seventh Avenue, 38th Floor | New York | NY | 10106 | | wojciech.jung@wbd-us.com |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | |
| Pension Benefit Guaranty Corporation | Attn: Karen Morris, Carolyn J. Lachman, Kelly R. Cusick, Emily Lesniewski & Gabrielle Graves | Office of the General Counsel, 445 12th Street SW | | Washington | DC | 20024-2101 | | kim.erin@pbgc.gov lachman.carolyn@pbgc.gov chman.carolyn@pbgc.gov cusick.kelly@pbgc.gov efile@pbgc.gov lesniewski.emily@pbgc.gov Graves.Gabrielle@pbgc.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Connie Y. Choe | One Jefferson Road, 2nd Floor | Parsippany | NJ | 07054 | | jcarr@kelleydrye.com kelliott@kelleydrye.com cchoe@kelleydrye.com kdwbankruptcydepartment@kelleydrye.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Oksana Lashko, Theresa A. Foudy, Raff Ferraioli, Darren Smolarski | 250 West 55th St | New York | NY | 10019-9601 | | lmarinuzzi@mofo.com olashko@mofo.com tfoudy@mofo.com rferraioli@mofo.com dsmolarski@mofo.com |
| Purcell International | Attn: Colleen Purcell-Kangas | 800 Ellinwood Way | | Pleasant Hill | CA | 94523 | | tracy@purcell-intl.com colleen@purcell-intl.com |
| Reser's Fine Foods, Inc. | c/o ArentFox Schiff LLP | Attn: Beth M. Brownstein & Nicholas A. Marten | 1301 Avenue of the Americas 42nd Fl | New York | NY | 10019 | | beth.brownstein@afslaw.com nicholas.marten@afslaw.com |
| Reser's Fine Foods, Inc. | Attn: Chimene Gowen & Paul Leavy | 15570 SW Jenkins Rd | | Beaverton | OR | 97006 | | chimeneg@resers.com paul@resers.com |
| Rhode Island Office of the Attorney General | | 150 S Main St | | Providence | RI | 02903 | | |
| Saddle Creek Corporation | Attn: Mark Cabrera | 3010 Saddle Creek Road | | Lakeland | FL | 33801 | | legal@sclogistics.com |
| Sea Watch International Ltd | Attn: Bernie Carr | 8978 Glebe Park Dr | | Easton | MD | 21601 | | bernie.carr@seawatch.com |
| Seneca Foods | Attn: Michael Wilcott | 350 Willow Brook Office Park | | Fairport | NY | 14450 | | mwolcott@senecafoods.com |
| Seneca Foods Corporation | c/o Bond, Schoeneck & King, PLLC | Attn: Andrew S. Rivera | One Lincoln Center, 110 West Fayette Street | Syracuse | NY | 13202 | | arivera@bsk.com |
| Seneca Foods Corporation | c/o Bond, Schoeneck & King, PLLC | Attn: Edward J. LoBello & Justin S. Krell | 600 Third Avenue, 22nd Floor | New York | NY | 10016 | | elobello@bsk.com jkrell@bsk.com |
| Silgan Containers LLC | c/o Clark Hill PLC | Attn: Scott N. Schreiber & Kenny Chiahana | 130 E Randolph St Ste 3900 | Chicago | IL | 60601 | | sschreiber@clarkhill.com kchiaghana@clarkhill.com |
| Silgan Containers LLC | c/o Clark Hill PLC | Attn: Steven M. Richman | 210 Carnegie Center Ste 102 | Princeton | NJ | 08540 | | srichman@clarkhill.com |
| Sodexo Operations LLC and its Affiliates | c/o Brown Nimeroff LLC | Attn: Jami B. Nimeroff | 18 Kings Highway West | Haddonfield | NJ | 08033 | | jnimeroff@brownnimeroff.com |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St, Room 519 | Columbia | SC | 29201 | | |
| South Dakota Office of the Attorney General | | 1302 E Hwy 14 | Suite 1 | Pierre | SD | 57501 | | atghelp@state.sd.us |
| Spc Operations Pty Ltd | Attn: Robert Lervasi | 3 Bristol Street | Suite 4, Level 1 | Essendon Fields | VIC | 3041 | Australia | robert.iervasi@spc.com.au |
| Steuben Foods Inc | Attn: Brian Manka | 1150 Maple Rd | | Elma | NY | 14059 | | bmanka@steubenfoods.com |
| Steuben Foods Incorporated | c/o Hodgson Russ LLP | Attn: Robert J. Fluskey & James C. Thoman | 140 Pearl Street, Suite 100 | Buffalo | NY | 14202 | | rfluskey@hodgsonruss.com jthoman@hodgsonruss.com |
| Steuben Foods Incorporation | c/o Duane Morris LLP | Attn: Morris S. Bauer | 200 Campus Drive Suite 300 | Florham Park | NJ | 07932-1007 | | msbauer@duanemorris.com |
| Tarrant County, Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turners | 3500 Maple Ave Ste 800 | Dallas | TX | 75219 | | dallas.bankruptcy@lgbs.com |
| Tennessee Office of the Attorney General | | 301 6Th Ave N | | Nashville | TN | 37243 | | |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 | | greg.abbott@oag.state.tx.us |
| The D. L. Peterson Trust and Element Fleet Management Corp., successor in interest to PHH Vehicle Management Services, LLC | c/o Saul Ewing LLP | Attn: John D. Demmy | 1201 North Market Street, Suite 2300, PO Box 1266 | Wilmington | DE | 19899 | | john.demmy@saul.com |
| The Morning Star Packing Company, L.P., and The Morning Star Kings LLC | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Sam Della Fera, & Terri Jane Freedman | 105 Eisenhower Parkway | Roseland | NJ | 07068 | | szuber@csglaw.com sdellfera@csglaw.com tfreedman@csglaw.com |
| The Office of the Attorney General of the State of New Jersey | Division of Law | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 08625 | | |
| The Office of the United States Attorney | Attn: Peter Rodino | 970 Broad Street, Suite 700 | Rodino Federal Building | Newark | NJ | 07102 | | |
| Transplace Texas LP | Attn: Lior Ron | 3010 Gaylord Pky | Suite 200 | Frisco | TX | 75034 | | laurenth@uberfreight.com |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 3 of 4



## Master Service List
As of 7/24/2025

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| United States Attorney General | Attn: Attorney General | United States Department of Justice | Ben Franklin Station PO Box 683 | Washington | DC | 20044 | | |
| United States Department of Justice | Attn: Attorney General of the U.S. | 950 Pennsylvania Ave, NW | | Washington | DC | 20530-0001 | | |
| Utah Office of the Attorney General | | Utah State Capitol Complex | 350 N State St, Suite 230 | Salt Lake City | UT | 84114 | | uag@utah.gov |
| Venus Growers Agricultural | Attn: Stelios Theodoulidis | R.R Station of Veria | PO Box 3 | Veria | | 59 131 | Greece | s.theodoulidis@venusgrowers.gr |
| Vermont Office of the Attorney General | | 109 State St | | Montpelier | VT | 05609 | | ago.info@vermont.gov |
| Virginia Office of the Attorney General | | 202 N Ninth St | | Richmond | VA | 23219 | | |
| Washington Office of the Attorney General | | 1125 Washington St Se | | Olympia | WA | 98501 | | |
| West Virginia Office of the Attorney General | | State Capitol | 1900 Kanawha Blvd E Bldg 1, Room E-26 | Charleston | WV | 25305 | | |
| Wilmington Savings Fund Society, FSB as DIP Term Loan Agent and Super-Senior Agent | c/o ArentFox Schiff LLP | Attn: Jeffrey R. Gleit & Brett D. Goodman | 1301 Avenue of the Americas, 42nd Fl | New York | NY | 10019 | | jeffrey.gleit@afslaw.com Brett.Goodman@afslaw.com |
| Wilmington Savings Fund Society, FSB as DIP Term Loan Agent and Super-Senior Agent | c/o ArentFox Schiff LLP | Attn: Matthew R. Bentley | 233 S Wacker Dr Ste 7100 | Chicago | IL | 60606 | | Matthew.Bentley@afslaw.com |
| Wisconsin Office of the Attorney General | | 114 E State Capitol | | Madison | WI | 53702 | | |
| Workday Inc | Attn: Carl Eschenbach | 6110 Stoneridge Mall Rd | | Pleasanton | CA | 94588 | | carl.eschenbach@workday.com |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | | |

In re: Del Monte Foods Corporation II Inc., et al.
Case No. 25-16984 (MBK)

Page 4 of 4