| | |
|---|---|
| **HERBERT SMITH FREEHILLS KRAMER (US) LLP** | **COLE SCHOTZ P.C.** |
| Adam C. Rogoff, Esq. (*pro hac vice* pending) | Michael D. Sirota, Esq. |
| Rachael L. Ringer, Esq. (*pro hac vice* pending) | David M. Bass, Esq. |
| Megan M. Wasson, Esq. (*pro hac vice* pending) | Felice R. Yudkin, Esq. |
| Ashland J. Bernard, Esq. (*pro hac vice* pending) | Court Plaza North, 25 Main Street |
| 1177 Avenue of the Americas | Hackensack, New Jersey 07601 |
| New York, New York 10036 | Telephone: (201) 489-3000 |
| Telephone: (212) 715-9100 | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*,[1] | Case No. 25-16984 (MBK) |
| Debtors. | (Jointly Administered) |

## ADJOURNMENT REQUEST

1.  I, <u>Michael D. Sirota, Esq.</u>

    ☒ am the attorney for: <u>the Debtors and Debtors in Possession</u>,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    1. Debtors' Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets, (II) Authorizing the Debtors to Enter into the Stalking Horse Purchase Agreement, (III) Scheduling an Auction and Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving the Sale of Substantially all of the Debtors' Assets, and (VI) Granting Related Relief [Docket No. 190]

    2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 17].

**Current hearing date and time**:  August 4, 2025 at 10:00 a.m.

**New date requested**:  August 12, 2025 at 10:00 a.m.

**Reason for adjournment request**:  The parties request an adjournment of these matters to allow additional time to work with parties in interest to resolve concerns and objections to relief requested.

2. Consent to adjournment:

☒  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 30, 2025                     /s/ Michael D. Sirota
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

August 12, 2025 at 11:30 am

☒  Granted           New hearing date: _____        ☐   Peremptory

☐  Granted over objection(s)   New hearing date: _____    ☐   Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2