**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff, Esq. (admitted *pro hac vice*)
Rachael L. Ringer, Esq. (admitted *pro hac vice*)
Megan M. Wasson, Esq. (admitted *pro hac vice*)
Ashland J. Bernard, Esq. (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*,[1] | Case No. 25-16984 (MBK) |
| Debtors. | (Jointly Administered) |

## *REVISED* ADJOURNMENT REQUEST

1. I, <u>Michael D. Sirota, Esq.</u>

   ☒ am the attorney for: <u>the Debtors and Debtors in Possession</u>,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs, and (II) Granting Related Relief [Docket No. 10]

Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Docket No. 12]

Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Claims of Critical Vendors, Lienholders, 503(b)(9) Claimants, and PACA Vendors; (B) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (C) Granting Related Relief [Docket No. 13]

***Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, (C) Perform Intercompany Transactions in the Ordinary Course, and (D) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 15]***

**Current hearing date and time**: August 4, 2025 at 10:00 a.m.

**New date requested**: August 12, 2025 at 11:30 a.m.

**Reason for adjournment request**: The parties request an adjournment of these matters to allow additional time to work with parties in interest to resolve concerns and objections to relief requested.

2.   Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 1, 2025            /s/ Michael D. Sirota
                                Signature

**COURT USE ONLY:**

The request for adjournment is:

| | | | August 12, 2025 at 11:30 am | | |
|---|---|---|---|---|---|
| ☒ | Granted | New hearing date: ____ | | ☐ | Peremptory |
| ☐ | Granted over objection(s) | New hearing date: ____ | | ☐ | Peremptory |
| ☐ | Denied | | | | |

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2