**KELLEY DRYE & WARREN LLP**
James S. Carr
Kristin S. Elliott
Connie Y. Choe
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Facsimile: (973) 503-5950
Email: jcarr@kelleydrye.com
kelliott@kelleydrye.com
cchoe@kelleydrye.com

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi (admitted *pro hac vice*)
Oksana Lashko (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
Darren Smolarski
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: lmarinuzzi@mofo.com
olashko@mofo.com
tfoudy@mofo.com
rferraioli@mofo.com
dsmolarski@mofo.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Del Monte Foods Corporation II, Inc., *et al.*, | ) Case No. 25-16984 (MBK) |
| Debtors.[1] | ) (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXIHBIT LIST FOR HEARING SCHEDULED FOR AUGUST 12, 2025 AT 11:30 A.M. (EASTERN)**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors") file their Witness and Exhibit List for the hearing to be held on August 12, 2025, at 11:30 a.m. (Eastern) (the "Hearing") as follows:

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

## WITNESSES

1. Jonathan Goulding;

2. Scott Mates;

3. Any witness listed or called by any other party;

4. Rebuttal witnesses as necessary; and

5. The Committee reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

| Exhibit | Description | Mark | Offer | Object | Admit | W/D | Disposition after Hearing |
|---|---|---|---|---|---|---|---|
| 1 | *Declaration of Jonathan Goulding, as Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [ECF 19] | | | | | | |
| 2 | *Declaration of Scott Mates in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF 18] | | | | | | |
| 3 | Any document or pleading filed in the above-captioned cases. | | | | | | |
| 4 | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |
| 5 | Any exhibit identified by another party. | | | | | | |

## **RESERVATION OF RIGHTS**

The Committee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: August 7, 2025

**KELLEY DRYE & WARREN LLP**

*/s/ James S. Carr*
James S. Carr
Kristin S. Elliott
Connie Y. Choe
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Facsimile: (973) 503-5950
Email:  jcarr@kelleydrye.com
            kelliott@kelleydrye.com
            cchoe@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi (*pro hac vice* pending)
Oksana Lashko (*pro hac vice* pending)
Theresa A. Foudy (*pro hac vice* pending)
Raff Ferraioli (*pro hac vice* pending)
Darren Smolarski
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: lmarinuzzi@mofo.com
           olashko@mofo.com
           tfoudy@mofo.com
           rferraioli@mofo.com
           dsmolarski@mofo.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*