**GIBSON DUNN & CRUTCHER LLP**
Scott J. Greenberg, Esq. (admitted *pro hac vice*)
Jason Z. Goldstein, Esq. (admitted *pro hac vice*)
Kevin Liang, Esq. (admitted *pro hac vice*)
Simon Briefel, Esq. (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-6317
E-mail:  SGreenberg@gibsondunn.com
         JGoldstein@gibsondunn.com
         KLiang@gibsondunn.com
         SBriefel@gibsondunn.com

- and -

Francis Petrie, Esq. (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email:  FPetrie@gibsondunn.com

*Co-Counsel to the Ad Hoc Super-Senior Term Lender Group*

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
E-mail:  ASherman@sillscummis.com
         GKopacz@sillscummis.com

*Co-Counsel to the Ad Hoc Super-Senior Term Lender Group*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*, | ) Case No. 25-16984 (MBK) |
| Debtors.[1] | ) (Jointly Administered) |

**AD HOC SUPER-SENIOR TERM LENDER GROUP'S LIST OF WITNESSES
FOR DIP AND BIDDING PROCEDURES HEARING**

The ad hoc group represented by the undersigned counsel (as constituted from time to time, the "**Ad Hoc Super-Senior Term Lender Group**") identifies the following fact and expert

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

witnesses whose testimony the Ad Hoc Super-Senior Term Lender Group may present at the hearing regarding (i) *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief*; and (ii) *Debtors' Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets, (II) Authorizing the Debtors to Enter into the Stalking Horse Purchase Agreement, (III) Scheduling an Auction and Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving the Sale of Substantially all of the Debtors' Assets, and (VI) Granting Related Relief*, scheduled to commence on Tuesday, August 12, 2025 (the "**Hearing**"):

1. Any witness identified in reply to opposition papers filed by any party.
2. Any individual identified or called by any other party in interest.
3. Any witness necessary to authenticate or establish the admissibility of any document.
4. Any witness necessary for impeachment or rebuttal.

The Ad Hoc Super-Senior Term Lender Group expressly reserves the right to call or cross-examine any person identified or called as a witness by any other party, or to call any other witnesses as needed to respond to arguments made by any other party, including as needed to respond to any objections filed by any party. In addition, the Ad Hoc Super-Senior Term Lender Group expressly reserves the right to supplement, add to, subtract from, or otherwise amend the list above at any time prior to the conclusion of the Hearing.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: August 7, 2025<br>Newark, New Jersey | Respectfully submitted,<br><br>By: */s/ Andrew H. Sherman*<br>**SILLS CUMMIS & GROSS P.C.**<br>Andrew H. Sherman. Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-6982<br>Email:  ASherman@sillscummis.com<br>           GKopacz@sillscummis.com<br><br>**-** and **-**<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Scott J. Greenberg, Esq. (*pro hac vice* pending)<br>Jason Z. Goldstein, Esq. (*pro hac vice* pending)<br>Kevin Liang, Esq. (*pro hac vice* pending)<br>Simon Briefel, Esq. (*pro hac vice* pending)<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:  (212) 351-4000<br>Email:  SGreenberg@gibsondunn.com<br>           JGoldstein@gibsondunn.com<br>           KLiang@gibsondunn.com<br>           SBriefel@gibsondunn.com<br><br>- and -<br><br>Francis Petrie, Esq. (*pro hac vice* pending)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:  (213) 229-7000<br>Email:  FPetrie@gibsondunn.com<br><br>***Counsel to the Ad Hoc Super-Senior Term Lender Group*** |