| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Weiss<br>David E. Sklar<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, New Jersey 07601<br>Telephone: (201) 270-5477<br>Email: jweiss@pashmanstein.com<br>       dsklar@pashmanstein.com<br><br>-and-<br><br>Allan S. Brilliant (*pro hac vice pending*)<br>Stephen M. Wolpert (*pro hac vice pending*)<br>**DECHERT LLP**<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>allan.brilliant@dechert.com<br>stephen.wolpert@dechert.com<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>*Attorneys for the Ad Hoc Group of Minority Secured Lenders* |
| In Re:<br><br>Del Monte Foods Corporation II, Inc., *et al.*,<br><br>       Debtors.1 |

Chapter 11

Case Number: 25-16984 (MBK)

Jointly Administered

**Re D.I. 17, 18, 59, 190**

**Hearing Date: August 12, 2025**

# AD HOC GROUP OF MINORITY SECURED LENDERS' WITNESS AND EXHIBIT LIST FOR AUGUST 12, 2025 HEARING

---

1 The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

BUSINESS.33255899.21

The Ad Hoc Group of Minority Secured Lenders (the "Minority Ad Hoc Group"),[2] by and through its undersigned counsel, respectfully submits its witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for August 12, 2025, at 11:30 a.m. (Eastern time) (the "Hearing"), as follows:

**WITNESSES**

1. Jonathan Goulding.

2. Scott Mates.

3. Any person who is listed by any other party on its witness list or called by any other party at the Hearing.

4. Any person who is identified in reply papers filed by any party.

5. Any witness necessary to authenticate or establish the admissibility of any document.

6. Any witness necessary for impeachment or rebuttal.

The Minority Ad Hoc Group expressly reserves the right to call or cross-examine any witness called by any other party, or to call any other witnesses as needed to respond to arguments made by any other party.

Additionally, the Minority Ad Hoc Group expressly reserves the right to add, remove, or otherwise amend the list above at any time prior to the conclusion of the Hearing.

---

[2] The members of the Minority Ad Hoc Group are listed in the *Verified Statement of the Ad Hoc Group of Minority Secured Lenders, Pursuant to Bankruptcy Rule 2019* filed on August 4, 2025 [Docket No. 295].

**EXHIBITS**

| Ex. # | Description | ID. | Confidentiality Designation |
|---|---|---|---|
| 1. | Super-Priority Credit and Guaranty Agreement dated as of August 2, 2024. | n/a | n/a |
| 2. | First Day Hearing Transcript, July 2, 2025 | Docket No. 91 | n/a |
| 3. | Any document or pleading filed in the above-captioned Chapter 11 Cases or identified by any party in interest, including the Minority Ad Hoc Group. |  | n/a |
| 4. | Any exhibit necessary for impeachment, redirect, cross-examination and/or rebuttal purposes. |  | n/a |
| 5. | Any exhibit identified by any other party. | n/a | n/a |

The Minority Ad Hoc Group expressly reserves the right to supplement, add to, remove from, or otherwise amend this Exhibit List. Additionally, the Minority Ad Hoc Group reserves the right to introduce one or more, or none, of the exhibits listed above.

Dated: August 8, 2025                                     Respectfully submitted,

By: */s/ John W. Weiss*
    John W. Weiss
    David E. Sklar
    **PASHMAN STEIN WALDER HAYDEN, P.C.**
    21 Main Street, Suite 200
    Hackensack, New Jersey 97601
    Telephone: (201) 270-5477
    Email: jweiss@pashmanstein.com
           dsklar@pashmanstein.com

    -and-

Allan S. Brilliant (*pro hac vice* pending)
Stephen M. Wolpert (*pro hac vice* pending)
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY  10036-6797
allan.brilliant@dechert.com
stephen.wolpert@dechert.com
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for the Ad Hoc Group of Minority Secured Lenders*