| | |
|---|---|
| **HERBERT SMITH FREEHILLS KRAMER (US) LLP** | **COLE SCHOTZ P.C.** |
| Adam C. Rogoff, Esq. (admitted *pro hac vice*) | Michael D. Sirota, Esq. |
| Rachael L. Ringer, Esq. (admitted *pro hac vice*) | David M. Bass, Esq. |
| Natan Hamerman, Esq. (admitted *pro hac vice*) | Felice R. Yudkin, Esq. |
| Megan M. Wasson, Esq. (admitted *pro hac vice*) | Court Plaza North, 25 Main Street |
| 1177 Avenue of the Americas | Hackensack, New Jersey 07601 |
| New York, New York 10036 | Telephone: (201) 489-3000 |
| Telephone: (212) 715-9100 | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*, | ) ) | Case No. 25-16984 (MBK) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**DEBTORS' AMENDED EXHIBIT LIST**
**FOR DIP AND BIDDING PROCEDURES HEARING**

The Debtors identify the exhibits that the Debtors may offer into evidence or otherwise use may present at the hearing regarding (i) *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief*; and (ii) *Debtors' Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets, (II) Authorizing the Debtors to Enter into the Stalking Horse Purchase Agreement, (III) Scheduling*

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

*an Auction and Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving the Sale of Substantially all of the Debtors' Assets, and (VI) Granting Related Relief*, scheduled to commence on Tuesday, August 12, 2025 (the "**Hearing**"):

| Ex. # | Description | Identification | Confidentiality Designation |
|---|---|---|---|
| 1 | Declaration of Scott Mates in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief | Dkt. No. 18 | n/a |
| 2 | Declaration of Jonathan Goulding, as Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions, with Exhibits A-C | Dkt. No. 19 | n/a |
| 3 | Declaration of Benjamin Brash in Support of Entry of the Bidding Procedures Order | Dkt. No. 348 | n/a |
| 4 | Resolutions of the Board of Directors of Del Monte Foods Holdings Limited, Del Monte Foods Holdings II, Inc., Del Monte Foods Holdings, Inc., Del Monte Foods, Inc., DM Intermediate Corporation, DM Intermediate II Corporation, Del Monte Foods Corporation II Inc., Contadina Foods, Inc., Sager Creek Foods, Inc., S & W Fine Foods, Inc., Hi Continental Corporation, College Inn Foods, Joyba, Inc., Kitchen Basics, Inc., and Green Thumb Foods, the Manager of Del Monte Mexico Holdings LLC and the Sole Members of each of Del Monte Ventures, LLC and Del Monte Chilled Fruit Snacks, LLC Adopted at a Joint Meeting of the Governing Bodies held on June 30, 2025 | Dkt. No. 1 | n/a |

| | | | |
|---|---|---|---|
| 5 | DIP Term Loan Agreement | Dkt. No. 59-A | n/a |
| 6 | DIP ABL Credit Agreement | Dkt. No. 59-B | n/a |
| 7 | List of Lien /Claim Priorities | Dkt. No. 59-C | n/a |
| 8 | Interim DIP Budget | Dkt. No. 59-D | n/a |
| 9 | Bidding Procedures | Dkt. No. 190-A-1 | n/a |
| 10 | Asset Purchase Agreement Term Sheet | Dkt. No. 190-B | n/a |
| 11 | Final Proposed Order Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying Automatic Stay and (V) Granting Related Relief | Dkt. No. 344 | n/a |
| 12 | Revised Proposed Order (I) Approving the Auction and Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (III) Scheduling an Auction and Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, (V) Authorizing the Sale of Assets and (VI) Granting Related Relief | Dkt. No. 345 | n/a |
| 13 | Any document identified or annexed to papers as exhibits by any other party in interest, including the Official Committee of Unsecured Creditors. | | |
| 14 | Any documents identified by the Debtors in order to respond to any statements, assertions, or arguments made by any other party in interest. | | |
| 15 | Any declaration or document identified in reply papers filed by any party in interest, including the Debtors. | | |

Many of the foregoing documents may still be updated, amended, supplemented or replaced in advance of the Hearing. The Debtors reserve the right to use such documents in lieu of, or in addition to, the ones currently noted.

For the avoidance of doubt, the list above includes only exhibits the Debtors may offer into evidence or otherwise use in connection with direct examination of witnesses at the Hearing. The Debtors expressly reserve the right to identify and introduce at the Hearing any documents, including those not listed above and those that are not included on any other party's list of exhibits, that may be necessary for cross-examination, redirect, impeachment, rebuttal, or any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and/or the Federal Rules of Evidence.

The Debtors also may introduce and offer into evidence at the Hearing any document filed on the docket in this Chapter 11 Case. The Debtors do not, however, agree or admit that any document or category of documents identified as an exhibit either on their list or on a list submitted by any other party, or that has been filed on the docket, is admissible for all purposes, and therefore reserve the right to object if and when any other party seeks to introduce and offer into evidence any exhibit. In addition, the Debtors expressly reserve the right to ask the Court to take judicial notice of other documents.

Finally, the Debtors expressly reserve the right to supplement, add to, subtract from, or otherwise amend the list of exhibits above, including as needed to respond to any objections filed by any party.

*[Remainder of page intentionally left blank]*

Dated: August 11, 2025

        */s/ Michael D. Sirota*
        Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Felice R. Yudkin
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
         dbass@coleschotz.com
         fyudkin@coleschotz.com

        – *and* –

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff (admitted *pro hac vice*)
Rachael L. Ringer (admitted *pro hac vice*)
Natan Hamerman (admitted *pro hac vice*)
Megan M. Wasson (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Email:  Adam.Rogoff@HSFKramer.com
         Rachael.Ringer@HSFKramer.com
         Natan.Hamerman@HSFKramer.com
         Megan.Wasson@HSFKramer.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*