Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on August 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re: | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*,[1] | Case No. 25-16984 (MBK) |
| Debtors. | (Jointly Administered) |

## FINAL ORDER (I) APPROVING DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES; (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES; (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES; AND (IV) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered three (3) through ten (10), together with the exhibit attached hereto, is **ORDERED**.

**DATED: August 13, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff (admitted *pro hac vice*)
Rachael L. Ringer (admitted *pro hac vice*)
Megan M. Wasson (admitted *pro hac vice*)
Ashland J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: Adam.Rogoff@HSFKramer.com
　　　　Rachael.Ringer@HSFKramer.com
　　　　Megan.Wasson@HSFKramer.com
　　　　Ashland.Bernard@HSFKramer.com


**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Felice R. Yudkin
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
　　　　dbass@coleschotz.com
　　　　fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

(Page 3)

| | |
|---|---|
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

Upon the motion (the "**Motion**")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") seeking entry of an order (this "**Final Order**") (a)(i) approving the proposed form of adequate assurance of payment to the Debtors' utility providers (the "**Utility Companies**," and individually, a "**Utility Company**"); (ii) establishing procedures for resolving any objections by the Utility Companies relating to the Proposed Adequate Assurance (as defined herein); (iii) prohibiting the Utility Companies from altering, refusing, or discontinuing services; and (iv) granting related relief; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Standing Order; and this Court having found that venue of the Chapter 11 Cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that due and proper notice of the Motion has been given, and that no other or further notice is required or necessary under the circumstances; and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and upon consideration of the First Day Declaration; and upon the record in the Chapter 11 Cases and all of the proceedings had before this Court; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)

| | |
|---|---|
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

1.    The Motion is **GRANTED** on a final basis as set forth herein.

2.    The Debtors shall serve a copy of this Final Order on any Utility Provider identified prior to the entry of this Final Order no later than five (5) business days after the date this Final Order is entered.

3.    All Utility Providers, including those Utility Companies paid by the Landlords or through the Payment Processor, are prohibited from altering, refusing, or discontinuing services on account of any unpaid prepetition charges, the commencement of these Chapter 11 Cases, or any perceived inadequacy of the Proposed Adequate Assurance.  Notwithstanding anything to contrary in this Final Order, nothing in this Final Order affects the rights and obligations of the Debtors and their Landlords under section 365 of the Bankruptcy Code with respect to nonresidential real property leases.

4.    The following Adequate Assurance Procedures are hereby approved on a final basis:

(a)    Each Utility Provider shall be entitled to the funds in the Adequate Assurance Account set forth for such Utility Company in the column labeled "Adequate Assurance Deposit" on the Utility Service List attached as **<u>Exhibit 1</u>** to this Order.

(b)    Each Utility Provider holding a Letter of Credit is permitted to maintain its Letter of Credit, in addition to its right to funds in the Adequate Assurance Account.  With the exception of Constellation NewEnergy – Gas Division, LLC, each such Utility Provider may not, absent a separate order granting relief from section 362(d) of the Bankruptcy Code, apply such Letter of Credit to any prepetition amounts owed.

(c)    Any Utility Provider that objects to the Debtors' Proposed Adequate Assurance must serve an Adequate Assurance Request on: (i) the Debtors,

| | |
|---|---|
| (Page 5) | |
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

205 North Wiget Lane, Walnut Creek, California 94598 (notices@delmonte.com); (ii) proposed co-counsel to the Debtors, (A) Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam C. Rogoff (Adam.Rogoff@HSFKramer.com), Rachael L. Ringer (Rachael.Ringer@HSFKramer.com), Megan M. Wasson (Megan.Wasson@HSFKramer.com), and Ashland J. Bernard (Ashland.Bernard@HSFKramer.com), and (B) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota (msirota@coleschotz.com), David M. Bass, Esq. (dbass@coleschotz.com) and Felice R. Yudkin (fyudkin@coleschotz.com); (iii) the Office of the United States Trustee for the District of New Jersey, Attn: Jeffrey M. Sponder (Jeffrey.M.Sponder@usdoj.gov) and Lauren Bielskie (Lauren.Bielskie@usdoj.gov), One Newark Center, Suite 2100, Newark, NJ 07102; (iv) proposed counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), (A) Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019, Attn: Lorenzo Marinuzzi (lmarinuzzi@mofo.com), Oksana Lashko (olashko@mofo.com), Theresa A. Foudy (tfoudy@mofo.com), Raff Ferraioli (rferraioli@mofo.com), and Darren Smolarski (dsmolarski@mofo.com), and (B) Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, New Jersey 07054, Attn: James S. Carr (jcarr@kelleydrye.com), Kristin S. Elliott (kelliott@kelleydrye.com), and Connie Y. Choe (cchoe@kelleydrye.com); (v) counsel to the Ad Hoc Term Lender Group, (A) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, Attn: Scott J. Greenberg (sgreenberg@gibsondunn.com), Jason Z. Goldstein (jgoldstein@gibsondunn.com), Francis Petrie (fpetrie@gibsondunn.com), Kevin Liang (kliang@gibsondunn.com) and Simon Briefel (sbriefel@gibsondunn.com), and (B) Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, 1037 Raymond Blvd, Newark, New Jersey 07102, Attn: Andrew H. Sherman (asherman@sillscummis.com) and Gregory A. Kopacz (gkopacz@sillscummis.com); (vi) counsel to the Prepetition ABL Agent and DIP ABL Agent, Simpson Thacher & Bartlett LLP, 425 Lexington Ave, New York, New York 10017, Attn: Sandeep Qusba (squsba@stblaw.com), Nicholas E. Baker (nbaker@stblaw.com), Dov Gottlieb (dov.gottlieb@stblaw.com), and Zachary J. Weiner (zachary.weiner@stblaw.com); and (vii) counsel to the Super-Senior Agent and DIP Term Loan Agent, ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019, Attn: Jeffrey R. Gleit

(Page 6)

| | |
|---|---|
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

(jeffrey.gleit@afslaw.com) and Brett D. Goodman (brett.goodman@afslaw.com) (clauses (i) through (vii) collectively, the "**Objection Notice Parties**"). An Additional Adequate Assurance Request may be made at any time.

(d) Any Utility Provider desiring additional assurances of payment in the form of deposits, prepayments, or otherwise must serve a request for additional assurance (an "**Additional Assurance Request**") on the Objection Notice Parties. An Additional Adequate Assurance Request may be made at any time.

(e) Any Adequate Assurance Request must: (i) be made in writing, (ii) identify the location for which Utility Services are provided, (iii) include information regarding any security deposits paid by the Debtors, (iv) provide evidence that the Debtors have a direct obligation to the Utility Provider, and (v) explain why the Utility Provider believes the Proposed Adequate Assurance is not sufficient adequate assurance of future payment.

(f) Upon the Debtors' receipt of an Adequate Assurance Request, the Debtors shall have twenty (20) calendar days (the "**Resolution Period**") to negotiate with the Utility Provider to resolve the Utility Provider's Adequate Assurance Request.

(g) Without further order of the Court, the Debtors may enter into agreements granting additional adequate assurance to a Utility Provider serving an Adequate Assurance Request if the Debtors determine that the Adequate Assurance Request is reasonable, subject to the express reasonable consent of the Ad Hoc Term Lender Group and in consultation with proposed counsel to the Committee; *provided, however*, that the Debtors shall maintain a summary ledger of such agreements and their respective terms, and such summary ledger and the agreements, if any, themselves shall be available to the U.S. Trustee, proposed counsel to the Committee, counsel to the Ad Hoc Term Lender Group, counsel to the Prepetition ABL Agent, and counsel to the Ad Hoc Term Lender Group, in each case, upon request.

(h) If the Debtors determine that the Adequate Assurance Request is not reasonable and the Debtors are unable to reach an alternative resolution with the Utility Provider, the Debtors, during or immediately after the Resolution Period, in consultation with the Ad Hoc Term Lender Group, will request that the dispute be heard at the next omnibus hearing following the Resolution Period to determine the adequacy of assurance of payment with

(Page 7)

| | |
|---|---|
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

respect to that Utility Provider pursuant to section 366(c)(3) of the Bankruptcy Code.

(i)     Pending resolution of such dispute at the omnibus hearing, the relevant Utility Provider shall be prohibited from altering, refusing, or discontinuing service to the Debtors on account of: (i) unpaid charges for prepetition services, (ii) a pending Adequate Assurance Request, or (iii) any objections filed in response to the Proposed Adequate Assurance.

(j)     The Adequate Assurance Deposit deposited into the Adequate Assurance Account on behalf of any Utility Provider (including any additional amount deposited upon request of any applicable Utility Provider) shall be returned to the Debtors, <u>less</u> any amounts owed on account of unpaid, postpetition Utility Services, by no later than seven (7) calendar days following the earlier of the date upon which (i) a chapter 11 plan becomes effective after being confirmed in these Chapter 11 Cases or (ii) the Debtors provide notice to a Utility Provider that services provided to the Debtors by such Utility Provider no longer will be needed, and no dispute as to postpetition amounts owed exists between the Debtors and the Utility Provider.

5.     The Utility Providers are prohibited from requiring additional adequate assurance of payment other than pursuant to the Adequate Assurance Procedures.

6.     Notwithstanding anything to the contrary contained herein, any payment to be made hereunder, and any authorization contained herein, shall be subject to any interim and final orders, as applicable, approving the use of cash collateral and/or the Debtors' entry into any postpetition financing facilities or credit agreements, and any budgets in connection therewith governing any such postpetition financing and/or use of cash collateral (each such order, a "**<u>DIP Order</u>**").  To the extent there is any inconsistency between the terms of the DIP Order and any action taken or proposed to be taken hereunder, the terms of the DIP Order shall control.

(Page 8)

| | |
|---|---|
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

7.    The Debtors will cause a copy of this Final Order, including the Adequate Assurance Procedures, to be served on any subsequently identified Utility Provider within three (3) business days of identifying such Utility Provider, and any such Utility Provider shall be bound by the Adequate Assurance Procedures.  The Debtors shall supplement **Exhibit B** to the Motion with the names of any subsequently identified Utility Providers (each, an "**Additional Utility Provider**") and as soon as possible shall increase the aggregate amount in the Adequate Assurance Account by an amount equal to two weeks of the average cost of Utility Services provided by the Additional Utility Provider.  Any such supplement to **Exhibit B** to the Motion shall be filed with this Court and served on the Additional Utility Provider.

8.    Any Landlord that pays directly for Utility Services for the benefit of the Debtors pursuant to a nonresidential real property lease, and has been provided notice of the relief provided by this Final Order, must continue paying for such Utility Services in the ordinary course of business and may not cease, reduce, delay, or otherwise interfere with the payment or delivery of such Utility Services, regardless of any nonpayment, deferral, or waiver of rent, or any defaults with respect to the applicable lease; *provided* that a Landlord may cease payments on account of Utility Services following the effective date of the rejection of the applicable lease pursuant to section 365 of the Bankruptcy Code, if any.

9.    Upon the closure of any of the Debtors' locations and the discontinuance of any Utility Services associated therewith, or the termination of Utility Services independent thereof, the Debtors may reduce the Adequate Assurance Deposit by an amount not exceeding, for each of

(Page 9)

| | |
|---|---|
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

the Utility Services being discontinued, the amount of the Adequate Assurance Deposit then attributable to the applicable Utility Provider, to the extent no dispute as to postpetition amounts owed exists between the Debtors and the Utility Provider.

10.  The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized, but not directed, to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized, but not directed, to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Final Order.

11.  The Debtors may amend the Utility Service List to delete a Utility Provider, or may terminate a Utility Provider; *provided*, that the Debtors provide notice to the Ad Hoc Term Lender Group of such amendment, deletion, or termination; *provided*, *further*, that the Debtors shall provide fourteen (14) calendar days' notice to any Utility Provider that it is being removed from **Exhibit B**.  The Debtors shall not deduct from the Utility Deposit the amount set aside for any Utility Company that the Debtors seek to terminate or delete from **Exhibit B** to the Motion unless and until any disputes related to postpetition invoices have been resolved consensually or by order of the Court.

12.  Notwithstanding the relief granted in this Final Order and any actions taken pursuant to such relief, nothing in this Final Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity; (b) a waiver of the Debtors' right to

(Page 10)

| | |
|---|---|
| Debtors: | DEL MONTE FOODS CORPORATION II INC., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Final Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief |

dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Final Order or the Motion; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' rights or the rights of any other Person under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to the Motion are valid, and the Debtors expressly reserve their rights to contest the extent, validity, or perfection of, or seek avoidance of, all such liens.

13.     Notwithstanding paragraph 5 of this Final Order, the Debtors are authorized to establish and fund the Adequate Assurance Account.

14.     This Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the final relief requested is necessary to avoid immediate and irreparable harm.

15.     This Final Order shall be immediately effective and enforceable upon its entry.

16.     The fourteen-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived to the extent applicable.

17.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Final Order.

18.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Final Order.

## EXHIBIT 1

**UTILITY PROVIDERS**

| Utility Provider | Account Number(s) (if known) | Type of Service(s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| ADAMS-COLUMBIA ELECTRIC CO-OP | 137972 | ELECTRIC | 401 EAST LAKE STREET FRIENDSHIP, WI 53934 | $ - | $ - | $ 371 | $ 186 |
| AIRGAS USA LLC | 1713977, 2301307 | NATURAL GAS | 259 N RADNOR CHESTER RD STE 100 RADNOR, PA, 19087-5240 | $ - | $ - | $ 30,009 | $ 15,000 |
| ALLIANT ENERGY - WP&L | 1952300000 | ELECTRIC | 4902 NORTH BILTMORE LANE, SUITE 1000, MADISON, WI 53718 | $ - | $ - | $ 21,443 | $ 10,721 |
| ALTAFIBER | 513117045950 | INTERNET | 221 EAST FOURTH STREET CINCINNATI, OH 45202 | $ - | $ - | $ 174 | $ 89 |
| AMEREN ILLINOIS | 6739497294 | ELECTRIC, NATURAL GAS | AMEREN ILLINOIS 300 LIBERTY PEORIA, IL 61602 | $ - | $ - | $ 402 | $ 201 |
| AMERICAN RECYCLING HOLDINGS LLC | DEL MONTE FOODS | WASTE COLLECTION, RECYCLING | 2070 MORGAN RD, MODESTO, CA 95358 | $ - | $ - | $ 11,726 | $ 5,863 |

- 2 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| ARYAKA NETWORKS INC | TBD | DATA SERVICES | 3945 FREEDOM CIRCLE, SUITE 1100 SANTA CLARA, CA 95054 | $ - | $ - | $ 38,350 | $ 38,350 |
| AT&T | 1717973148838, 1717938984699, 71534403902420, 96075857685555, 99901157617200 | TELEPHONE | 208 S. AKARD ST. DALLAS, TX 75202 | $ - | $ - | $ 5,108 | $ 2,556 |
| AT&T MOBILITY | TBD | DATA SERVICES | 1025 LENOX PARK BLVD NE, ATLANTA, GA 30319 | $ - | $ - | $ 5,617 | $ 2,809 |
| BERTOLOTTI DISPOSAL INC | 11-1008298 8, 11-1010055 8, 11-1010529 2 | WASTE COLLECTION | 231 FLAMINGO DRIVE MODESTO CA 95358 | $ - | $ - | $ 9,123 | $ 4,562 |
| BP ENERGY RETAIL COMPANY LLC | 18807416, 18807800 | NATURAL GAS | 501 WESTLAKE PARK BOULEVARD HOUSTON, TX 77079 | $ - | $ - | $ 124,226 | $ 62,113 |
| BRIGHTSPEED OF SOUTHERN WISCONSIN | 301581898, 499701503 | DATA SERVICES | 1120 SOUTH TRYON ST. CHARLOTTE, NC 28203 | $ - | $ - | $ 2,412 | $ 1,206 |

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| CALIFORNIA RURAL WATER ASSOCIATION | TBD | WATER | 1234 N. MARKET BLVD SACRAMENTO, CA 95834 | $ - | $ - | $ 43 | $ 22 |
| CASCADE NATURAL GAS CORPORATION | 168 651 0000 8, 557 651 0000 7, 450 917 1209 6, 657 651 0000 6, 989 712 0000 5, 430 000 0000 0, 530 000 0000 9 | NATURAL GAS | 400 N 4TH STREET BISMARCK, ND 58501 | $ - | $ - | $ 43,787 | $ 21,89_ |
| CENTRAL CAL WATERWORKS INC | TBD | WATER | 868 E. CHENNAULT AVENUE FRESNO, CA 93720 | $ - | $ - | $ 4,958 | $ 2,479 |
| CENTURYLINK | 89276710, 88220024, 88253569, 444158474 | DATA SERVICES | 100 CENTURYLINK DR MONROE, LA 71203 | $ - | $ - | $ 2,586 | $ 1,29_ |
| CITY OF MODESTO | 266895-106306, 253039-99892, 253039-107372, 253039-107374, 278099-113000, 278099-98684, 278101-113002, 278105-113006, 253039-236134 | WATER, SEWER | 1010 10TH STREET MODESTO, CA 95354 | $ - | $ - | $ 78,681 | $ 39,340 |
| CITY OF TOPPENISH | 182.0, 182.1, 182.2 | WATER, SEWER | 21 WEST FIRST AVENUE TOPPENISH, WA 98948 | $ - | $ - | $ 4,910 | $ 2,455 |

- 3 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| CITY OF YAKIMA | 750731, 600002, 637836, 792647 | WATER | ATTN: UTILITY DEPARTMENT 129 NORTH SECOND STREET YAKIMA, WA 98901 | $ - | $ - | $ 32,266 | $ 16,133 |
| COMCAST | 933663062, 931100160 | INTERNET | 1701 JFK BOULEVARD PHILADELPHIA, PA 19103 | $ - | $ - | $ 10,732 | $ 5,366 |
| CONSOLIDATED ELECTRICAL | TBD | ELECTRIC | 1721 WEST GRAND AVE CHICAGO, IL 60622 | $ - | $ - | $ 389 | $ 194 |
| CONSTELLATION GENERATION SERVICES | TBD | ELECTRIC, NATURAL GAS | 1310 POINT STREET BALTIMORE, MARYLAND 21231 | $ - | $ - | $ 2,066 | $ 1,033 |
| CONSTELLATION NEWENERGY - GAS[1] | TBD | ELECTRIC, NATURAL GAS | 1310 POINT STREET BALTIMORE, MD 21231 | $ 480,000 | $ - | $ - | $ - |
| CONSTELLATION NEWENERGY INC | 7642344-10, RG-128430, RG-245352, RG-64696, 7642344-2 | ELECTRIC, NATURAL GAS | 1310 POINT STREET BALTIMORE, MD 21231 | $ 172,439 | $ - | $ - | $ - |

---

[1] Constellation NewEnergy – Gas Division, LLC is authorized to draw on the letter of credit as adequate assurance.

- 4 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| CONTRA COSTA WATER DISTRICT | 3022610, 3042523 | WATER | ATTN: CONTRA COSTA WATER DISTRICT 1331 CONCORD AVENUE CONCORD, CA 94520 | $          - | $          - | $      2,638 | $      1,319 |
| COX COMMUNICATIONS | TBD | DATA SERVICES | 6205B PEACHTREE DUNWOODY RD. ATLANTA, GEORGIA, 30328 | $          - | $          - | $          30 | $          15 |
| ECO WATER SYSTEMS | TBD | WATER | 6 NORTH FIFTH AVENUE, YAKIMA, WASHINGTON 98902 | $          - | $          - | $        104 | $          52 |
| FRONTIER | 9167764339, 8155610400021 0975 | TELEPHONE | 401 MERRITT 7 NORWALK, CT 06851 | $          - | $          - | $      1,085 | $        543 |
| GILTON SOLID WASTE MANAGEMENT | 00000634-00 | WASTE COLLECTION | 755 S. YOSEMITE AVE. OAKDALE, CA 95361 | $          - | $          - | $    60,516 | $    30,258 |
| GRANITE COMMUNICATIONS LLC | 03028345 | DATA SERVICES | 100 NEWPORT AVE. EXT QUINCY, MA 02171 | $          - | $          - | $    12,320 | $      6,160 |

- 5 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| GREEN PLANET 21 INC | DEL MONTE FOODS -HANFORD | WASTE COLLECTION, RECYCLING | 1221 3RD STREET, OAKLAND, CA 94607 | $ - | $ - | $ 4,353 | $ 2,176 |
| GTT AMERICAS LLC | T133280 | INTERNET | 3100 CLARENDON BLVD SUITE #200 ARLINGTON, VA, 22201 | $ - | $ - | $ 1,801 | $ 90 |
| IGI RESOURCES, INC | TBD | NATURAL GAS | 12124 COLLECTIONS CENTER DR, CHICAGO, IL 60693 | $ - | $ - | $ 43,454 | $ 21,727 |
| INDUSTRIAL WASTE & SALVAGE | HANFORD | WASTE COLLECTION, RECYCLING | 3457 S. CEDAR AVENUE FRESNO, CA 93725 | $ - | $ - | $ 16,494 | $ 8,247 |
| IROW | 010859-000001 | WASTE COLLECTION, RECYCLING | 1040 INDIANHEAD DR. MOSINEE, WI 54455 | $ - | $ - | $ 221 | $ 110 |
| LAKESIDE IRRIGATION WATER DIST | TBD | WATER, SEWER | 9304 HOUSTON AVE, HANFORD, CA 93230 | $ - | $ - | $ 519 | $ 260 |

- 6 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| LINDE GAS & EQUIPMENT INC. | TBD | GAS | 10 RIVERVIEW DRIVE, DANBURY, CONNECTICUT 06810 | $ - | $ - | $ 1,409 | $ 705 |
| MANITO WATERWORKS | TBD | WATER, SEWER | 109 N BROADWAY ST, MANITO, IL 61546 | $ - | $ - | $ 25 | $ |
| MARKESAN UTILITIES | TBD | WATER, SEWER | 461 W. MANCHESTER STREET, MARKESAN, WI 53946 | $ - | $ - | $ 1,892 | $ 946 |
| MCALLEN PUBLIC UTILITIES | 0012912 | WATER, SEWER | 1300 W HOUSTON AVE, MCALLEN, TX 78501 | $ - | $ - | $ 4,732 | $ 2,366 |
| MODESTO IRRIGATION DISTRICT | 5126515946, 1668228521 | ELECTRIC | 1231 11TH STREET MODESTO, CA 95352-4060 | $ - | $ - | $ 181,450 | $ 90,725 |
| NICOR GAS | TBD | NATURAL GAS | 1844 FERRY ROAD, NAPERVILLE, IL 60563 | $ - | $ - | $ 3,442 | $ 1,721 |

- 7 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| NORTHERN ILLINOIS DISPOSAL SVC | TBD | WASTE COLLECTION, RECYCLING | 200 STANDARD OIL DR ROCHELLE, IL 61068 | $ - | $ - | $ 10,693 | $ 5,346 |
| NRG BUSINESS MARKETING LLC | TBD | ELECTRIC, NATURAL GAS | 910 LOUISIANA ST, HOUSTON, TEXAS 77002 | $ - | $ - | $ 7,293 | $ 3,64 |
| PACIFIC POWER | 4729851l-004 9, 4729851l-019 7, 4729851l-010 6, 4729851l-018 9, 4729851l-818 9 | ELECTRIC | 825 NE MULTNOMAH STREET PORTLAND, OR 97232 | $ - | $ - | $ 71,229 | $ 35,615 |
| PACIFIC SUMMIT ENERGY LLC | TBD | ELECTRIC | 2010 MAIN ST, 1200 IRVINE, CALIFORNIA 92614 | $ - | $ - | $ 25,004 | $ 12,50 |
| PG&E | 7032994642-3, 341693582 6-3, 4009622123-6, 5800024520-7, 3609995809-6, 4211724592-0, 4695776057-5, 7085086316-1, 3880012145-1, 9646871644-2 | ELECTRIC, NATURAL GAS | 300 LAKESIDE DR, OAKLAND, CA 94612 | $ - | $ - | $ 445,244 | $ 222,622 |
| REGIONAL DISPOSAL COMPANY | TBD | WASTE | 4178 P.O. BOX 677839, DALLAS, TX 75267 | $ - | $ - | $ 1,833 | $ 916 |

- 8 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| REPUBLIC SERVICES | TBD | WASTE | 2608 S. DAMEN CHICAGO, IL 60608 | $    - | $    - | $    2,567 | $    1,283 |
| RETROFIT COMPANIES INC | DELMONT | HAZARDOUS WASTE | 1010 HOFFMAN DRIVE, SUITE A, OWATONNA, MN 55060 | $    - | $    - | $    41 | $    2 |
| ROCHELLE MUNICIPAL UTILITIES | 05-8022000-001, 05-8033550-001, 04-6022100-001, 04-6022200-001, 04-6023000-001, 04-6722000-004, 04-7003330-001 | INTERNET | 333 LINCOLN HIGHWAY ROCHELLE, IL 61068 | $    - | $    - | $    37,233 | $    18,617 |
| ROCK OIL REFINING CO INC | DELMONTE | OIL WASTE, RECYCLING | 216175 STATE HWY 97 PO BOX 105 STRATFORD, WI 54484 | $    - | $    - | $    143 | $    71 |
| STREAMLINED COMMUNICATIONS LLC | TBD | DATA SERVICES | 100 CHURCH ST, NEW YORK, NY 10007, US | $    - | $    - | $    695 | $    347 |
| SUCCEED.NET | 102876, 90000782 | INTERNET | 970 RESERVE DRIVE, SUITE 160 ROSEVILLE, CA 95678 | $    - | $    - | $    132 | $    66 |

- 9 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| TERRACE HEIGHTS SEWER DISTRICT | TBD | WATER, SEWER | 186 IRON HORSE CT SUITE 100 YAKIMA, WA 98901 | $ - | $ - | $ 61 | $ 31 |
| THE GAS COMPANY | 140-417-4336 1, 014-635-6703 0, 119-615-5145 1 | NATURAL GAS | 555 W. FIFTH ST., LOS ANGELES CA 90013 | $ - | $ - | $ 71,947 | $ 35,973 |
| TID WATER & POWER | 9209100000 | ELECTRIC | 333 E CANAL DR, TURLOCK, CA 95380 | $ - | $ - | $ 1,221 | $ 611 |
| TWIN EAGLE RESOURCE MANAGEMENT LLC | TBD | ELECTRIC, NATURAL GAS | 1700 CITY PLAZA DR SUITE 500, SPRING, TEXAS 77389, US | $ - | $ - | $ 6,993 | $ 3,497 |
| UNITED LIQUID WASTE RECYCLING | DEL MONTE FOODS MARKESAN WI, DEL MONTE FOODS PLOVER WI | WASTE COLLECTION, RECYCLING | 715 MORGAN STREET, CLYMAN, WI 53016 | $ - | $ - | $ 21,317 | $ 10,658 |
| US CELLULAR | TBD | DATA SERVICES | US CELLULAR DEPT. 0205 PALATINE, IL 60055-0205 | $ - | $ - | $ 9,561 | $ 4,781 |

- 10 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| US WATER SERVICES | TBD | WATER, SEWER | 4939 CROSS BAYOU BLVD. NEW PORT RICHEY, FL 34652 | $ - | $ - | $ 128,911 | $ 64,455 |
| VERIZON WIRELESS | TBD | DATA SERVICES | 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 | $ - | $ - | $ 10,127 | $ 5,064 |
| VILLAGE OF PLOVER | TBD | WATER, SEWER | 2400 POST ROAD PLOVER, WI 54467 | $ - | $ - | $ 13,062 | $ 6,531 |
| WASHINGTON BROADBAND | 15476 | INTERNET | 3201 W NOB HILL BLVD YAKIMA, WA 98902 | $ - | $ - | $ 647 | $ 322 |
| WASTE MANAGEMENT OF WISCONSIN INC | TBD | WASTE COLLECTION, RECYCLING | W124 N8925 BOUNDARY ROAD MENOMONEE FALLS WI, 53051 | $ - | $ - | $ 3,894 | $ 1,947 |
| WE ENERGIES | 0719591163-00001, 0719591163-00003, 0719591163-00004, 0719591163-00005, 0719591163-00002 | NATURAL GAS | 231 W MICHIGAN STREET, MILWAUKEE, WI 53233 | $ - | $ - | $ 4,566 | $ 2,283 |

- 11 -

| Utility Provider | Account Number(s) (if known) | Type of Service (s) Provided | Mailing Address | LC / Surety Bond Amount | Utility Deposit Amount | Approximate Monthly Average | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|---|
| WERNER ELECTRIC SUPPLY CO - WI | TBD | ELECTRIC | 4800 W. PROSPECT AVE. APPLETON, WI 54914 | $    - | $    - | $    8,243 | 4,122 |
| WISCONSIN PUBLIC SERVICE CORP | 040328647-00024, 040328647-00001, 040328647-00004, 040328647-00005, 040328647-00009, 040328647-00011, 040328647-00012, 040328647-00025, 040328647-00027, 040328647-00032, 040328647-00035, 040328647-00002 | ELECTRIC, NATURAL GAS | 2830 S ASHLAND AVE, GREEN BAY, WI, 54304 | $    - | $    - | $    175,079 | 87,539 |
| YAKAMA POWER | 18439 | ELECTRIC | 61220 US-97, TOPPENISH, WA 98948 | $    - | $    - | $    72 | 36 |
| YAKIMA COUNTY PUBLIC SERVICES | TBD | WATER, SEWER | 128 N 2ND STREET, 4TH FLOOR YAKIMA, WA 98901 | $    - | $    - | $    1,263 | 631 |
| YAKIMA WASTE SYSTEMS INC | 2195-1011173, 2195-1094073, 2195-1094088, 2195-1011179 | WASTE COLLECTION, RECYCLING | 2812 ½ TERRACE HEIGHTS DRIVE YAKIMA, WA 98901 | $    - | $    - | $    4,531 | 2,266 |