**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff, Esq. (admitted *pro hac vice*)
Rachael L. Ringer, Esq. (admitted *pro hac vice*)
Megan M. Wasson, Esq. (admitted *pro hac vice*)
Ashland J. Bernard, Esq. (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*,[1] | Case No. 25-16984 (MBK) |
| Debtors. | (Jointly Administered) |

## DEBTORS' MOTION FOR ENTRY OF AN
## ORDER (I) AUTHORIZING REJECTION OF CERTAIN
## PEACH CONTRACTS AND (II) GRANTING RELATED RELIEF

TO THE HONORABLE MICHAEL B. KAPLAN,
UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**")

respectfully state the following in support of this motion (this "**Motion**"), and rely upon and

incorporate by reference the *Declaration of Jonathan Goulding, as Chief Restructuring Officer, in

Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 19] (the "**First**

**Day Declaration**"):

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

**Relief Requested**

1.     The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Order**"), (i) authorizing the Debtors to reject certain executory contracts for peaches, including the CCPA Master Contract (as defined below) (each, a "**Peach Contract**" and collectively, the "**Peach Contracts**") identified on Schedule 1[2] to the Order effective as of the date of the filing of this Motion  (the "**Rejection Date**"), and (ii) granting related relief.

**Jurisdiction and Venue**

2.     The United States Bankruptcy Court for the District of New Jersey (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered on July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.) (the "**Standing Order**").  The Debtors confirm their consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.     The bases for the relief requested herein are sections 105(a) and 365(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 6006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 9013-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**").

---

[2]    The Debtors reserve the right to amend Schedule 1 to the Order by removing certain Contracts from the schedule prior to the hearing on this Motion.

**Background**

5.      On July 1, 2025 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, these "**Chapter 11 Cases**").  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their business and manage their financial affairs as debtors in possession.  On July 2, 2025, the Court entered an order [Docket No. 54] authorizing procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Ruled 1015(b).  On July 17, 2025, the U.S. Trustee appointed an official committee of unsecured creditors [Docket No. 168] (the "**Committee**").  As of the date hereof, no request for the appointment of a trustee or examiner has been made.

6.      Information regarding the Debtors' history and business operations, capital structure and primary secured indebtedness, and the events leading up to the commencement of the Chapter 11 Cases can be found in the First Day Declaration, which is incorporated herein by reference.

**Contracts to be Rejected**[3]

7.      As set forth in the First Day Declaration, the Debtors filed these Chapter 11 Cases to commence a value-maximizing reorganization process through a sale under section 363 (or pursuant to a plan) (the "**Sale Process**").  The Debtors, with the assistance of their advisors, have been reviewing their executory contracts to reduce overhead costs by identifying contracts that are no longer necessary for the Debtors' business operations and will not form part of the Debtors' go-forward businesses that are being marketed as part of the ongoing Sale Process.  With respect to the instant Motion, the Peach Contracts identified on Schedule 1 represent long-term agreements

---

[3]     While the Debtors are seeking rejection pursuant to section 365 of the Bankruptcy Code, nothing herein shall be deemed or otherwise construed as the Debtors' concession that any Peach Contract is, in fact, an executory contract.

under which the Debtors are obligated to purchase all peaches of certain specifications from acreage that has been agreed to with each of the Peach Contract counterparties (the "**Peach Vendors**"). Each of the individual Peach Vendors is also a member of the California Canning Peach Association (the "**CCPA**"), which is party to a "Master Contract" with the Debtors. Pursuant to the terms of the Master Contract, the individual Peach Vendors agree to deliver peaches produced on a set acreage each year under their individual agreements.

8. The current terms established in the Peach Contracts and prices resulting therefrom are burdensome and do not adequately reflect current demand. The Debtors have engaged in extensive, arms'-length and good faith negotiations with the Peach Vendors, through the CCPA, on potential modifications to the Peach Contracts. As of the filing of this Motion, the Debtors and the CCPA have been unable to reach an agreement on go-forward terms, and as such, the Debtors seek to reject all the Peach Contracts, including the CCPA Master Contract. Rejection serves two purposes. *First*, it enhances the Debtors' value in their ongoing sale process, as a potential buyer will have the ability to negotiate new peach contracts, potentially with third-party vendors, on more favorable terms, in lieu of being locked into excessive volume commitment and unfavorable pricing in the current long-term Peach Contracts. *Second*, it protects the Debtors in this year's Pack Season, as the Debtors have determined that they do not need the volume of peaches provided for in the Peach Contracts for this year's Pack Season. As of the filing of this Motion, the Debtors have already accepted or will shortly accept all of the peaches from the Peach Vendors that they will need for this year's harvest, and do not require additional peaches – but under the terms of the Peach Contracts, the Debtors would be required to accept and pay for additional peaches that they have no use for. Rejection of the Peach Contracts will not have an adverse impact the Debtors' operations for the 2025 Pack Season.

9.      For the foregoing reasons, the Debtors have determined that rejecting the Peach

Contracts is an appropriate exercise of their business judgment and is in the best interests of their

estates.   Rejection allows the Debtors to avoid incurring further costs and expenses under the

existing Peach Contracts that will undermine their efforts to minimize costs and maximize the

value of their estates for the benefit of creditors.   Accordingly, the Debtors seek authority to reject

the Peach Contracts effective as of the Rejection Date. For the avoidance of doubt, the Debtors

will fulfill their obligations under the Peach Contracts with respect to peaches that are delivered to

and accepted by the Debtors before the Rejection Date.

### Basis for Relief

## I.      Rejection of the Peach Contracts Reflects the Debtors' Sound Business Judgment.

10.      Section 365(a) of the Bankruptcy Code provides that a debtor in possession,

"subject to the court's approval, may . . . reject any executory contract or unexpired lease of the

debtor."   11 U.S.C. § 365(a).   The decision to assume or reject executory contracts or unexpired

leases is a matter within the "business judgment" of the debtor.   *See NLRB v. Bildisco & Bildisco*

*(In re Bildisco)*, 682 F.2d 72, 79 (3d Cir. 1982), *aff'd*, 465 U.S. 513 (1984) ("The usual test for

rejection of an executory contract is simply whether rejection would benefit the estate, the

'business judgment' test." (citation omitted)); *see also Sharon Steel Corp. v. Nat'l Fuel Gas*

*Distrib. Corp.*, 872 F.2d 36, 39–40 (3d. Cir. 1989); *Glenstone Lodge, Inc. v. Buckhead Am. Corp.*

*(In re Buckhead Am. Corp.)*, 180 B.R. 83, 88 (D. Del. 1995).   Application of the business judgment

standard requires a court to approve a debtor's business decision unless the decision is the product

of bad faith, whim, or caprice.   *See, e.g.*, *In re Nickels Midway Pier, LLC*, 332 B.R. 262, 271

(Bankr. D.N.J. 2005), *aff'd in part, rev'd in part and remanded*, 341 B.R. 486 (D.N.J. 2006), *aff'd*

255 F. App'x 633 (3d Cir. 2007); *In re HQ Glob. Holdings, Inc.*, 290 B.R. 507, 511–12 (Bankr.

D. Del. 2003).   Further, "[t]his provision allows a trustee to relieve the bankruptcy estate of

burdensome agreements which have not been completely performed." *Stewart Title Guar. Co. v. Old Republic Nat'l Title Ins. Co.*, 83 F.3d 735, 741 (5th Cir. 1996) (citation omitted).

11.     The Debtors' rejection of a contract is appropriate where such rejection benefits the estate. *See Sharon Steel Corp.*, 872 F.2d at 39–40.  Upon finding that a debtor has exercised its sound business judgment in determining that rejection of certain contracts is in the best interests of its creditors and all parties in interest, a court should approve the rejection under section 365(a). *See, e.g., In re Nickels Midway Pier*, 332 B.R. at 271; *In re Cent. Jersey Airport Servs., LLC*, 282 B.R. 176, 183 (Bankr. D.N.J. 2002); *In re Fed. Mogul Glob., Inc.*, 293 B.R. 124, 126 (D. Del. 2003); *Westbury Real Estate Ventures, Inc. v. Bradlees, Inc. (In re Bradlees Stores, Inc.)*, 194 B.R. 555, 558 n.1 (Bankr. S.D.N.Y. 1996), *appeal dismissed*, 210 B.R. 506 (S.D.N.Y. 1997); *In re Summit Land Co.*, 13 B.R. 310, 315 (Bankr. D. Utah 1981) (holding that absent extraordinary circumstances, court approval of a debtor's decision to assume or reject an executory contract "should be granted as a matter of course").

**II.   Rejection of the Peach Contracts is in the Best Interest of the Debtors' Estates.**

12.     The Debtors, with the assistance of their advisors, have determined that there is no benefit to be realized from purchasing all of the peaches on the terms established under the Peach Contracts.  Given (i) the Debtors' current peach supply needs, (ii) the availability of peaches from other suppliers for the 2025 Pack Season and thereafter on more reasonable terms compared to those under the Peach Contracts, and (iii) the costs that could be incurred under the Peach Contracts, there is little, if any, likelihood that the Debtors will be able to realize value from the Peach Contracts on a go-forward basis.  To the contrary, the Peach Contracts burden the Debtors' estates with unfavorable terms, while there are ample alternative sources of peaches available on more favorable terms.  The Debtors therefore seek to alleviate their estates of the additional and unnecessary costs that would otherwise be incurred pursuant to the terms of the Peach Contracts

6

during the pendency of these Chapter 11 Cases.  Additionally, rejecting the Peach Contracts will allow a potential buyer to negotiate new peach agreements on potentially more favorable terms, potentially increasing the value of the Debtors' peach business and thus maximizing value for all stakeholders.

13.     For all of the foregoing reasons, the Debtors have decided, in the exercise of their sound business judgment, to reject the Peach Contracts as of the Rejection Date.  .  The Debtors will fulfill their obligations under the Peach Contracts with respect to those peaches that are delivered to and accepted by the Debtors before the Rejection Date.  The Debtors respectfully request that the Court authorize the rejection of the Peach Contracts pursuant to section 365(a) of the Bankruptcy Code.

## III.   Rejection of the Peach Contracts as of the Rejection Date Is Appropriate.

14.     Section 365 of the Bankruptcy Code does not specifically address whether the Bankruptcy Court may order rejection to be applied retroactively.  *See In re Chi-Chi's, Inc.*, 305 B.R. 396, 399 (Bankr. D. Del. 2004) (stating that section 365 allows for retroactive rejection of nonresidential leases where the principles of equity dictate); *see also In re CCI Wireless, LLC*, 297 B.R. 133, 138 (D. Colo. 2003) (noting that section 365 "does not prohibit the bankruptcy court from allowing the rejection of leases to apply retroactively").  Many courts have held that bankruptcy courts may, in their discretion, authorize rejection retroactively to a date prior to entry of the order authorizing such rejection where the balance of equities favor such relief.  *See, e.g.*, *In re Virginia Packaging Supply Co., Inc.*, 122 B.R. 491, 493 (Bankr. E.D. Va. 1990) (allowing retroactive rejection of a lease where the debtor timely filed a motion for rejection); *see also, e.g., In re Philadelphia Newspapers, LLC*, 424 B.R. 178, 185 (Bankr. E.D. Pa. 2010) (granting retroactive rejection where equitable considerations did not weigh against it); *BP Energy Co. v. Bethlehem Steel Corp.*, Civ. No. 02-6419 (NRB), 2002 WL 31548723, at *3 (S.D.N.Y. Nov. 15, 2002) ("[W]e cannot conclude . . .

7

that a bankruptcy court's assignment of a retroactive rejection date falls outside of its authority when the balance of the equities favors this solution."); *In re At Home Corp.*, 392 F.3d 1064, 1065–66 (9th Cir. 2004), *cert. denied sub nom.*, 546 U.S. 814 (2005) (affirming bankruptcy court's approval of retroactive rejection); *In re Thinking Machs. Corp.*, 67 F.3d 1021, 1028 (1st. Cir. 1995) ("[B]ankruptcy courts may enter retroactive orders of approval, and should do so when the balance of equities preponderates in favor of such remediation."). In considering whether to approve retroactive rejection, courts examine a number of factors and generally approve retroactive rejection where it promotes the purposes of section 365(a) of the Bankruptcy Code. *See In re Chi-Chi's, Inc.*, 305 B.R. at 339.

15. In this instance, the balance of the equities favors approval of retroactive rejection of the Peach Contracts. The Debtors do not require all of the peaches provided under the Peach Contracts for the reasons noted above. As a result of the notice of this Motion, the Peach Vendors are on notice regarding the Debtors' intent with respect to the Peach Contracts. Upon the Rejection Date, the affected Peach Vendors identified in <u>Schedule 1</u> will be relieved of their own obligations under the applicable Peach Contract, allowing them to cease performance of such obligations and enter into new contracts. Simultaneously, the Debtors will stop incurring unnecessary potential administrative expenses that provide no benefit to the Debtors' estates.

16. Pursuant to section 365 of the Bankruptcy Code, the Debtors seek to effectuate rejection of the Peach Contracts as of the Rejection Date. *See, e.g., In re Thinking Machs. Corp.*, 67 F.3d at 1028 ("In the section 365 context . . . bankruptcy courts may enter retroactive orders of approval, and should do so when the balance of equities preponderates in favor of such remediation."); *In re CCI Wireless, LLC*, 297 B.R. at 140 (holding that a bankruptcy court "has authority under section 365(d)(3) to set the effective date of rejection at least as early as the filing

date of the motion to reject"). Permitting rejection to occur as of the Rejection Date is consistent with prior rulings in this jurisdiction. *See, e.g.*, *In re New Rite Aid, LLC,* No. 25-14861 (MBK) (Bankr. D.N.J. May 7, 2025) [Docket No. 139] (authorizing rejection of executory contracts and/or unexpired leases as of a specified prior date); *In re Bowflex Inc.*, No. 24-12364 (ABA) (Bankr. D.N.J. Sept. 17, 2024) [Docket No. 663] (same); *In re Sam Ash Corp.*, No. 24-14727 (SLM) (Bankr. D.N.J. July 1, 2024) [Docket No. 342] (same) *In re Thrasio Holdings, Inc.*, No. 24-11840 (CMG) (Bankr. D.N.J. Apr. 4, 2024) [Docket No. 294] (same); *In re Invitae Corp.*, No. 24-11362 (MBK) (Bankr. D.N.J. Jul. 25, 2024) [Docket No. 876] (same); *In re Rite Aid Corp.*, No. 23-18993 (MBK) (Bankr. D.N.J. Jan. 16, 2024) [Docket No. 1494] (same); *In re David's Bridal, LLC*, No. 23-13131 (CMG) (Bankr. D.N.J. May 18, 2023) [Docket No. 240] (same); *In re L'Occitane, Inc.*, No. 21-10632 (MBK) (Bankr. D.N.J. Jan. 28, 2021) [Docket No. 51] (same).[4]

## Waiver of Memorandum of Law

17.     The Debtors respectfully request that the Court waive the requirement to file a separate memorandum of law pursuant to Local Rule 9013-1(a)(3) because the legal basis upon which the Debtors rely is set forth herein and the motion does not raise any novel issues of law.

## Reservation of Rights

18.     Nothing contained in this motion or any order granting the relief requested in this motion, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with any such order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or

---

[4]     Because of the voluminous nature of the orders cited herein, such orders have not been attached to this motion. Copies of these orders are available upon request to the Debtors' proposed co-counsel.

requirement to pay any particular claim; (d) an implication, admission or finding that any particular

claim is an administrative expense claim, other priority claim or otherwise of a type specified or

defined in this motion or any order granting the relief requested by this motion; (e) a request or

authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365

of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability or perfection

of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or

(g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other

party in interest against any person or entity under the Bankruptcy Code or any other applicable

law.

### No Prior Request

19.     No prior request for the relief sought in this Motion has been made to this or any

other court.

### Notice

20.     The Debtors will provide notice of this motion to the following parties and/or their

respective counsel, as applicable: (i) the Office of the United States Trustee for the District of New

Jersey; (ii) counsel to the Prepetition ABL Agent; (iii) counsel to the Ad Hoc Term Lender Group;

(iv) counsel to the Super-Senior Agent; (v) counsel to the DIP Agents; (vi) proposed counsel to

the Committee; (vii) the United States Attorney's Office for the District of New Jersey; (viii) the

attorneys general for all states in which the Debtors conduct business; (ix) the United States

Department of Justice; (x) the Internal Revenue Service; (xi) all parties requesting notice pursuant

to Bankruptcy Rule 2002; and (xii) the Peach Vendors listed on Schedule 1 to **Exhibit A**.  The

Debtors submit that, in light of the nature of the relief requested, no other or further notice need

be given.

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, in substantially the forms submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated: August 18, 2025

/s/ Michael D. Sirota
Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Felice R. Yudkin
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
         dbass@coleschotz.com
         fyudkin@coleschotz.com

– and –

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff (admitted *pro hac vice*)
Rachael L. Ringer (admitted *pro hac vice*)
Megan M. Wasson (admitted *pro hac vice*)
Ashland J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: Adam.Rogoff@HSFKramer.com
         Rachael.Ringer@HSFKramer.com
         Megan.Wasson@HSFKramer.com
         Ashland.Bernard@HSFKramer.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*,[1] | Case No. 25-16984 (MBK) |
| Debtors. | (Jointly Administered) |

**ORDER (I) AUTHORIZING**
**(A) REJECTION OF CERTAIN PEACH**
**CONTRACTS AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through five (5), together

with the exhibit attached hereto, is **ORDERED**.

---

[1]   The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894.  A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff (admitted *pro hac vice*)
Rachael L. Ringer (admitted *pro hac vice*)
Megan M. Wasson (admitted *pro hac vice*)
Ashland J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail:  Adam.Rogoff@HSFKramer.com
          Rachael.Ringer@HSFKramer.com
          Megan.Wasson@HSFKramer.com
          Ashland.Bernard@HSFKramer.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Felice R. Yudkin
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
          dbass@coleschotz.com
          fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | Del Monte Foods Corporation II Inc., *et al*. |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Order (I) Authorizing Rejection of Certain Peach Contracts and (II) Granting Related Relief |

Upon the *Debtors' Motion for Entry of an Order (I) Authorizing Rejection of Certain Peach Contracts and (II) Granting Related Relief* (the "**Motion**"),[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "**Order**") (i) authorizing the Debtors to (a) reject the Peach Contracts set forth on **Schedule 1** attached hereto and (ii) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** on a basis as set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, the Peach Contracts identified on Schedule 1 attached hereto are hereby rejected, with such rejection effective as of the date of the filing of the Motion (the "**Rejection Date**"), provided that, for the avoidance of doubt, the Debtors

---

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | Del Monte Foods Corporation II Inc., *et al*. |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Order (I) Authorizing Rejection of Certain Peach Contracts and (II) Granting Related Relief |

will fulfill their obligations under the Peach Contracts with respect to peaches that are delivered to and accepted by the Debtors before the Rejection Date.

3.      Other than with respect to peaches for which the Debtors have accepted delivery as of the date hereof, the Debtors shall not be liable for any additional administrative expenses or other claims arising after the Rejection Date with respect to the Peach Contracts.

4.      The Debtors do not waive any claims that they may have against any Peach Vendors, whether such claims arise under, are related to the rejection of, or are independent of the Peach Contracts.

5.      Claims arising out of the rejection of the Peach Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these Chapter 11 Cases, if any and (ii) thirty (30) days after the date of entry of this Order approving rejection of the Peach Contracts.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection of the Peach Contracts.

6.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Peach Contracts were terminated prior to the Rejection Date.

7.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors', or any other party in interest's,

(Page | 5)

| | |
|---|---|
| Debtors: | Del Monte Foods Corporation II Inc., *et al*. |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | Order (I) Authorizing Rejection of Certain Peach Contracts and (II) Granting Related Relief |

rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the Motion are valid, and the rights of all parties are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.  Any payment made pursuant to this Order is not intended and should not be construed as an admission as to the validity of any particular claim or a waiver of the Debtors' rights to subsequently dispute such claim.

8.      Notwithstanding anything to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.      The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

11.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

12.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Peach Contracts to be Rejected as of the Rejection Date[1,2]

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 1. | Del Monte Foods, Inc. | California Canning Peach Association 2600 River Plaza Drive, Suite 200, Sacramento, CA 95833, United States | California Canning Peach Association Master Contract of Sale to Canner |
| 2. | Del Monte Foods, Inc. | Haig and Melvina Arakelian 6424 Yosemite Blvd. Modesto, CA 95357 | California Canning Peach Association Member's Allocation Form 50009 |
| 3. | Del Monte Foods, Inc. | Bains Farms 1883 Dean Drive Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10018 |
| 4. | Del Monte Foods, Inc. | Bains Farms 1883 Dean Drive Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10019 |
| 5. | Del Monte Foods, Inc. | Bains Farms 1883 Dean Drive Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10021 |
| 6. | Del Monte Foods, Inc. | Ajit S. Bains II 410 Lyndsey Lane Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10071 |
| 7. | Del Monte Foods, Inc. | Bains Inc. 2091 Eager Rd. Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10034 |
| 8. | Del Monte Foods, Inc. | Ajit & Carmen Bains 813 Sanborn Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10074 |
| 9. | Del Monte Foods, Inc. | Ajit S. & Carmen Bains 813 Sanborn Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10037 |
| 10. | Del Monte Foods, Inc. | Ajit S. & Carmen Bains 813 Sanborn Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10046 |
| 11. | Del Monte Foods, Inc. | Balbir K. Bains Trust 3443 South Walton Avenue Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10041 |
| 12. | Del Monte Foods, Inc. | Balbir K. Bains Trust 3443 South Walton Avenue Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10042 |
| 13. | Del Monte Foods, Inc. | Charanjit & Shangara Bains 1776 Taylor Street Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10015 |

---

[1]  For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, or termination agreements related thereto.

[2]  The inclusion of a Peach Contract on this list does not constitute an admission as to the executory or non-executory nature of the Peach Contract, or as to the existence or validity of any claim(s) held by the counterparty(ies) to such Contract.

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 14. | Del Monte Foods, Inc. | Didar S. Bains / Buck Ranch 1232 S. George Washington Blvd Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10077 |
| 15. | Del Monte Foods, Inc. | Gurdawar S. Bains 790 Anderson Ave. Olivehurst, CA 95961 | California Canning Peach Association Member's Allocation Form 10050 |
| 16. | Del Monte Foods, Inc. | Gurjinder & Sukhjinder Bains 6271 Kent Avenue Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10047 |
| 17. | Del Monte Foods, Inc. | Gurjinder & Sukhjinder Bains 2376 Bogue Rd Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10055 |
| 18. | Del Monte Foods, Inc. | Hardeep Bains 6215 S. George Washington Blvd Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10023 |
| 19. | Del Monte Foods, Inc. | Harinder Bains 3628 Carlson Rd. Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10547 |
| 20. | Del Monte Foods, Inc. | Jasbir Bains 1181 Brawick Way Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10043 |
| 21. | Del Monte Foods, Inc. | Maninder Paul S. Bains 665 A Steward Road Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10078 |
| 22. | Del Monte Foods, Inc. | Maninder Paul S. Bains 665 A Steward Road Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10079 |
| 23. | Del Monte Foods, Inc. | Manjinder & Beant Bains 1169 Ashford Ln. Lincoln, CA 95648 | California Canning Peach Association Member's Allocation Form 10052 |
| 24. | Del Monte Foods, Inc. | Pakhar & Jaswinder Bains 3675 S. Township Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10082 |
| 25. | Del Monte Foods, Inc. | Pakhar & Jaswinder Bains 3675 S. Township Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10083 |
| 26. | Del Monte Foods, Inc. | Rob Bains 1685 Barry Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10048 |
| 27. | Del Monte Foods, Inc. | Sukhjiven Bains 155 Meadowlark Way Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10094 |
| 28. | Del Monte Foods, Inc. | Taljinder S. Bains 1883 Dean Drive Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10086 |
| 29. | Del Monte Foods, Inc. | Jagdeep Bajwa 2910 Bogue Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10088 |
| 30. | Del Monte Foods, Inc. | Jagdeep Bajwa 2910 Bogue Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10089 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 31. | Del Monte Foods, Inc. | Balbir & Navdeep Bains Rev Trust 2909 Reed Road, Yuba City CA | California Canning Peach Association Member's Allocation Form 10068 |
| 32. | Del Monte Foods, Inc. | E & J Barosso P.O. Box 1289 Linden, CA 95236 | California Canning Peach Association Member's Allocation Form 50139 |
| 33. | Del Monte Foods, Inc. | E & J Barosso P.O. Box 1289 Linden, CA 95236 | California Canning Peach Association Member's Allocation Form 50140 |
| 34. | Del Monte Foods, Inc. | E & J Barosso P.O. Box 1289 Linden, CA 95236 | California Canning Peach Association Member's Allocation Form 50202 |
| 35. | Del Monte Foods, Inc. | Marissa Barrera 5021 E. HUNTSMAN AVENUE Fowler, CA 93625 | California Canning Peach Association Member's Allocation Form 66006 |
| 36. | Del Monte Foods, Inc. | Barron's Pruning Service 3906 Tully Road Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 50074 |
| 37. | Del Monte Foods, Inc. | Bays Ranch. Inc P.O. Box 85 Westley, CA 95387 | California Canning Peach Association Member's Allocation Form 50084 |
| 38. | Del Monte Foods, Inc. | Ken Bettencourt 4802 W DELTA AVENUE Visalia, CA 93291 | California Canning Peach Association Member's Allocation Form 66051 |
| 39. | Del Monte Foods, Inc. | Ronald Bettencourt 6723 DEWOODY AVENUE Laton, CA 93242 | California Canning Peach Association Member's Allocation Form 66060 |
| 40. | Del Monte Foods, Inc. | Tara & Sons Bihala 1360 Oswald Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10098 |
| 41. | Del Monte Foods, Inc. | BNL & Sons Farms, Inc. 6313 Chico Ave. Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66007 |
| 42. | Del Monte Foods, Inc. | Boparai Farms PO BOX 118 Fowler, CA 93625 | California Canning Peach Association Member's Allocation Form 66028 |
| 43. | Del Monte Foods, Inc. | Boparai Farms PO BOX 118 Fowler, CA 93625 | California Canning Peach Association Member's Allocation Form 66029 |
| 44. | Del Monte Foods, Inc. | Kenny Boss PO BOX 40 Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66024 |
| 45. | Del Monte Foods, Inc. | Brown & Kahrs Ranch P.O. Box 392 Walnut Grove, CA 95690 | California Canning Peach Association Member's Allocation Form 50087 |
| 46. | Del Monte Foods, Inc. | Mike Bujulian PO BOX 502 Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66027 |
| 47. | Del Monte Foods, Inc. | Butterfly, LLC 11904 Andretti Ave Bakersfield, CA 93312 | California Canning Peach Association Member's Allocation Form 50756 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 48. | Del Monte Foods, Inc. | C & K Farming<br>26250 Lost Hilsl Road Coalinga, CA 93210 | California Canning Peach Association Member's Allocation Form 66039 |
| 49. | Del Monte Foods, Inc. | Carna Farming Inc.<br>18600 Tobacco Road Linden, CA 95236 | California Canning Peach Association Member's Allocation Form 50253 |
| 50. | Del Monte Foods, Inc. | Carna Farming Inc.<br>18600 Tobacco Road Linden, CA 95236 | California Canning Peach Association Member's Allocation Form 50818 |
| 51. | Del Monte Foods, Inc. | Cederlind Farms<br>2514 Kenney Avenue Winton, CA 95388 | California Canning Peach Association Member's Allocation Form 50259 |
| 52. | Del Monte Foods, Inc. | Naresh Channaveerappa<br>7601 Spyglass Dr. Modesto, CA 95356 | California Canning Peach Association Member's Allocation Form 50950 |
| 53. | Del Monte Foods, Inc. | Cheema Farms<br>1904 Deefield Drive Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10109 |
| 54. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10101 |
| 55. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10102 |
| 56. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10103 |
| 57. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10105 |
| 58. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10106 |
| 59. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10107 |
| 60. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10108 |
| 61. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10119 |
| 62. | Del Monte Foods, Inc. | Tirath Chima<br>P.O. Box 3084 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10120 |
| 63. | Del Monte Foods, Inc. | Chohan & Sons, Inc.<br>3132 Bogue Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10116 |
| 64. | Del Monte Foods, Inc. | Chohan & Sons, Inc.<br>3132 Bogue Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10117 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 65. | Del Monte Foods, Inc. | Paramdeep Chohan<br>3580 Lincoln Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10110 |
| 66. | Del Monte Foods, Inc. | Rajinder Singh & Paramdeep Chohan<br>3580 Lincoln Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10123 |
| 67. | Del Monte Foods, Inc. | Rajinder Singh & Paramdeep Chohan<br>3580 Lincoln Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10125 |
| 68. | Del Monte Foods, Inc. | Clar, Jaspar Singh<br>2127 Railroad Ave Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10133 |
| 69. | Del Monte Foods, Inc. | Kulwant Dail<br>2109 Newcastle Drive Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10140 |
| 70. | Del Monte Foods, Inc. | Dale Family Trust, Dilbagh Singh<br>P.O. Box 272 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10147 |
| 71. | Del Monte Foods, Inc. | Dale Investments, LLC<br>P.O. Box 272 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10143 |
| 72. | Del Monte Foods, Inc. | Dale Investments, LLC<br>P.O. Box 272 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10148 |
| 73. | Del Monte Foods, Inc. | Davit Family<br>5622 Madden Ave #A Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10154 |
| 74. | Del Monte Foods, Inc. | Davit Family<br>5622 Madden Ave #A Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10155 |
| 75. | Del Monte Foods, Inc. | Davit Family<br>5622 Madden Ave #A Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10156 |
| 76. | Del Monte Foods, Inc. | Davit Family5622 Madden Ave #A Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10157 |
| 77. | Del Monte Foods, Inc. | Rajeev Davit<br>1611 Rio Vista Way Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10182 |
| 78. | Del Monte Foods, Inc. | Delta Orchards<br>P.O. Box E Courtland, CA 95615 | California Canning Peach Association Member's Allocation Form 52102 |
| 79. | Del Monte Foods, Inc. | Deniz Bros. Ag Services<br>5230 Patterson Rd Oakdale, CA 95361 | California Canning Peach Association Member's Allocation Form 50269 |
| 80. | Del Monte Foods, Inc. | DePalma Farms-Ripon<br>18666 E. HWY 120 Ripon, CA 95366 | California Canning Peach Association Member's Allocation Form 50373 |
| 81. | Del Monte Foods, Inc. | DePalma Orchards, Inc<br>8506 Oroville HWY Marysville, CA 95901 | California Canning Peach Association Member's Allocation Form 10181 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 82. | Del Monte Foods, Inc. | DePalma Orchards, Inc<br>8506 Oroville HWY Marysville, CA 95901 | California Canning Peach Association Member's Allocation Form 10185 |
| 83. | Del Monte Foods, Inc. | DePalma Orchards, Inc<br>8506 Oroville HWY Marysville, CA 95901 | California Canning Peach Association Member's Allocation Form 10186 |
| 84. | Del Monte Foods, Inc. | Mundeep Dhami<br>1728 Regency Way Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10169 |
| 85. | Del Monte Foods, Inc. | Mundeep Dhami<br>1728 Regency Way Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10170 |
| 86. | Del Monte Foods, Inc. | Mundeep Dhami<br>1728 Regency Way Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10173 |
| 87. | Del Monte Foods, Inc. | G & K Dhanota Farms<br>4010 Dresser Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10163 |
| 88. | Del Monte Foods, Inc. | G & K Dhanota Farms<br>4010 Dresser Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10164 |
| 89. | Del Monte Foods, Inc. | Krishan Dhanota<br>2322 Howlett Ave, Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10161 |
| 90. | Del Monte Foods, Inc. | Krishan Dhanota<br>2322 Howlett Ave, Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10162 |
| 91. | Del Monte Foods, Inc. | Kamaljit S. & Harinder S. Dhanota<br>4010 Dresser Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10168 |
| 92. | Del Monte Foods, Inc. | Kamaljit S. & Harinder S. Dhanota<br>4010 Dresser Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10178 |
| 93. | Del Monte Foods, Inc. | Rasmsaran & Kamaljit S. & Harinder S. Dhanota<br>4010 Dresser Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10184 |
| 94. | Del Monte Foods, Inc. | Manbirpaul S. Dhillon<br>1675 Ward Court Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10206 |
| 95. | Del Monte Foods, Inc. | Joe Di'Anna<br>5912 Garst Rd Modesto, CA 95357 | California Canning Peach Association Member's Allocation Form 50350 |
| 96. | Del Monte Foods, Inc. | DM Management, Inc.<br>1685 Barry Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10144 |
| 97. | Del Monte Foods, Inc. | Bhajan Dosanjh<br>1448 Thomas Dr. Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10193 |
| 98. | Del Monte Foods, Inc. | Bhajan Dosanjh<br>1448 Thomas Dr. Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10194 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 99. | Del Monte Foods, Inc. | Bhajan Dosanjh<br>1448 Thomas Dr. Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10195 |
| 100. | Del Monte Foods, Inc. | Efird Ag Enterprises<br>P.O. Box 528 Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66104 |
| 101. | Del Monte Foods, Inc. | Brad Emery<br>1771 Paseo Ave Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10220 |
| 102. | Del Monte Foods, Inc. | Ernest Farms<br>6020 Larkin Road Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10681 |
| 103. | Del Monte Foods, Inc. | Antelmo Escoto<br>PO BOX 624 Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66109 |
| 104. | Del Monte Foods, Inc. | Horacio Escoto<br>5675 Boston Ave Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66111 |
| 105. | Del Monte Foods, Inc. | Espinosa, J. Ranches, Inc<br>15132 Harding Road Turlock, CA 95380 | California Canning Peach Association Member's Allocation Form 50408 |
| 106. | Del Monte Foods, Inc. | Farm Management, Inc.<br>P. O. Box 55 Ballico, CA 95303 | California Canning Peach Association Member's Allocation Form 50467 |
| 107. | Del Monte Foods, Inc. | Farmdoor LLC<br>P.O. Box 345 Reedley, CA 93654 | California Canning Peach Association Member's Allocation Form 66683 |
| 108. | Del Monte Foods, Inc. | Fiorini Ranches<br>15472 Lombardy Rd. Turlock, CA 95380 | California Canning Peach Association Member's Allocation Form 50457 |
| 109. | Del Monte Foods, Inc. | Jay Fiorini<br>15472 Lombardy Rd. Turlock, CA 95380 | California Canning Peach Association Member's Allocation Form 50460 |
| 110. | Del Monte Foods, Inc. | Mike & Gary Fry<br>5245 BARSTOW AVENUE Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66156 |
| 111. | Del Monte Foods, Inc. | Lazaro Garcia<br>6435 S NEWMARK AVENUE Parlier, CA 93648 | California Canning Peach Association Member's Allocation Form 66141 |
| 112. | Del Monte Foods, Inc. | Leopoldo Garcia<br>1225 SMITH STREET Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66216 |
| 113. | Del Monte Foods, Inc. | Dalvir Gill Farm<br>1126 Kensington Way Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10142 |
| 114. | Del Monte Foods, Inc. | Dana Gillespie - Susan Peck Ranch #4<br>PO Box 190 Deer Harbor, WA 98243 | California Canning Peach Association Member's Allocation Form 66148 |
| 115. | Del Monte Foods, Inc. | Lynda Greer8899 Kent Ave. Live Oak, CA 95953 | Fruit Contract 10876 |
| 116. | Del Monte Foods, Inc. | Gary Guenzi<br>5601 GARST ROAD Modesto, CA 95357 | California Canning Peach Association Member's Allocation Form 50587 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 117. | Del Monte Foods, Inc. | H.E.K. Farms<br>12868 Bradbury Rd. Ballico, CA 95303 | California Canning Peach Association Member's Allocation Form 50620 |
| 118. | Del Monte Foods, Inc. | Hamlow Ranch<br>2442 Monogram Ct Turlock, CA 95382 | California Canning Peach Association Member's Allocation Form 50610 |
| 119. | Del Monte Foods, Inc. | Thomas Heenan Ranch<br>P.O. Box 98 Live Oak, CA 95953 | Fruit Contract 10835 |
| 120. | Del Monte Foods, Inc. | Gurjeet & Reshmi Hundal<br>3504 Vista De Madera Lincoln, CA 95648 | California Canning Peach Association Member's Allocation Form 10301 |
| 121. | Del Monte Foods, Inc. | IPS Farming LLC<br>P.O. Box D Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10734 |
| 122. | Del Monte Foods, Inc. | IPS Farming LLC<br>P.O. Box D Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10741 |
| 123. | Del Monte Foods, Inc. | J & L Siliznoff Farms<br>3310 N SYCAMORE AVENUE Kerman, CA 93630 | California Canning Peach Association Member's Allocation Form 66669 |
| 124. | Del Monte Foods, Inc. | J & S Ranches, Inc.<br>11514 Metteer Road Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10377 |
| 125. | Del Monte Foods, Inc. | J.O.V. Direct Growers, Inc<br>6904 Fodermaier Dr. Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 51460 |
| 126. | Del Monte Foods, Inc. | Omar Jalil<br>6609 Avenue 416 Dinuba, CA 93618 | California Canning Peach Association Member's Allocation Form 66199 |
| 127. | Del Monte Foods, Inc. | Johl Family Farms<br>9244 Oroville Highway Marysville, CA 95901 | California Canning Peach Association Member's Allocation Form 10399 |
| 128. | Del Monte Foods, Inc. | Johl Family Farms<br>9244 Oroville Highway Marysville, CA 95901 | California Canning Peach Association Member's Allocation Form 10403 |
| 129. | Del Monte Foods, Inc. | Johl Farms<br>9244 Oroville Highway Marysville, CA 95901 | California Canning Peach Association Member's Allocation Form 10407 |
| 130. | Del Monte Foods, Inc. | Kulwant Johl<br>P.O. Box 621 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10400 |
| 131. | Del Monte Foods, Inc. | Mandeep S. Johl<br>1282 Stabler Lane 630 Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10397 |
| 132. | Del Monte Foods, Inc. | Mandeep S. Johl<br>1282 Stabler Lane 630 Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10398 |
| 133. | Del Monte Foods, Inc. | Khan Orchards<br>920 North Pointe Dr. Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10456 |
| 134. | Del Monte Foods, Inc. | Mohammad Aslam Khan<br>1860 Sandhill Crane Court Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10449 |

8

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 135. | Del Monte Foods, Inc. | Mohammad Aslam Khan<br>1860 Sandhill Crane Court Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10459 |
| 136. | Del Monte Foods, Inc. | Mohammad Aslam Khan<br>1860 Sandhill Crane Court Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10460 |
| 137. | Del Monte Foods, Inc. | Mohammad Aslam Khan<br>1860 Sandhill Crane Court Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10461 |
| 138. | Del Monte Foods, Inc. | Mohammad Aslam Khan<br>1860 Sandhill Crane Court Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10462 |
| 139. | Del Monte Foods, Inc. | Mohammad Aslam Khan<br>1860 Sandhill Crane Court Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10463 |
| 140. | Del Monte Foods, Inc. | Mohammad Aslam Khan<br>1860 Sandhill Crane Court Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10465 |
| 141. | Del Monte Foods, Inc. | Khera Farms LLC<br>894 Barry Road Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10455 |
| 142. | Del Monte Foods, Inc. | Chetanvir & Bhaavanvir S Khera<br>894 Barry Road Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10446 |
| 143. | Del Monte Foods, Inc. | Joga Gill & Parminder Khera<br>1739 Morrison Bnd Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10444 |
| 144. | Del Monte Foods, Inc. | Shangara & Jasvinder & Mandeep Khera<br>894 Barry Road Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10440 |
| 145. | Del Monte Foods, Inc. | Knott Farms, LLC.<br>394 Fairland Ave. Modesto, CA 95357 | California Canning Peach Association Member's Allocation Form 50739 |
| 146. | Del Monte Foods, Inc. | Krazy Bains<br>1685 Barry Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10420 |
| 147. | Del Monte Foods, Inc. | Krazy Bains<br>1685 Barry Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10421 |
| 148. | Del Monte Foods, Inc. | Krazy Bains<br>1685 Barry Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10422 |
| 149. | Del Monte Foods, Inc. | Harvinder Kullar<br>12246 Newport Road Ballico, CA 95303 | California Canning Peach Association Member's Allocation Form 50744 |
| 150. | Del Monte Foods, Inc. | Harvinder Kullar<br>12246 Newport Road Ballico, CA 95303 | California Canning Peach Association Member's Allocation Form 51105 |
| 151. | Del Monte Foods, Inc. | L V 2 Farms<br>15124 S MCCALL AVENUE Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66351 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 152. | Del Monte Foods, Inc. | Bob Lackey Farms<br>5500 Blacker Rd. Ceres, CA 95307 | California Canning Peach Association Member's Allocation Form 50774 |
| 153. | Del Monte Foods, Inc. | Lial Ranch<br>19624 S. Van Allen Road Escalon, CA 95320 | California Canning Peach Association Member's Allocation Form 50769 |
| 154. | Del Monte Foods, Inc. | Brent C. Little1256 Block Road Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10471 |
| 155. | Del Monte Foods, Inc. | Marilyn Long<br>1844 Sycamore Steet Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10475 |
| 156. | Del Monte Foods, Inc. | Mann Brothers<br>1329 El Margarita Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10512 |
| 157. | Del Monte Foods, Inc. | A.S. & S.K. Mann<br>1685 El Margarita Rd., Yuba City, CA 95993, United States | California Canning Peach Association Member's Allocation Form 10513 |
| 158. | Del Monte Foods, Inc. | Mash 4 A Family<br>2421 22ND STREET Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66032 |
| 159. | Del Monte Foods, Inc. | Mia Orchard<br>813 Sanborn Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10487 |
| 160. | Del Monte Foods, Inc. | Millennium Farms LLC.<br>3310 Pennington Road Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10545 |
| 161. | Del Monte Foods, Inc. | Tonya Mirassou<br>11514 Meteer Rd Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10538 |
| 162. | Del Monte Foods, Inc. | Mitchell Farms<br>66 Central Avenue Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10535 |
| 163. | Del Monte Foods, Inc. | Montalvo Farms<br>5504 S. Reed Ave Reedley, CA 93654 | California Canning Peach Association Member's Allocation Form 66393 |
| 164. | Del Monte Foods, Inc. | Juan Montalvo<br>PO BOX 1009 Parlier, CA 93648 | California Canning Peach Association Member's Allocation Form 66414 |
| 165. | Del Monte Foods, Inc. | Mooradian T. Ranches<br>PO BOX 702 Fowler, CA 93625 | California Canning Peach Association Member's Allocation Form 66357 |
| 166. | Del Monte Foods, Inc. | Murad Farms Inc<br>6502 BARSTOW AVENUE Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66408 |
| 167. | Del Monte Foods, Inc. | Noeller Farms<br>6400 Leedom Road Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 50847 |
| 168. | Del Monte Foods, Inc. | Noeller Farms<br>6400 Leedom Road Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 50926 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 169. | Del Monte Foods, Inc. | Noeller Farms<br>6400 Leedom Road Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 50930 |
| 170. | Del Monte Foods, Inc. | Noeller Farms<br>6400 Leedom Road Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 50931 |
| 171. | Del Monte Foods, Inc. | Noeller Farms<br>6400 Leedom Road Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 50935 |
| 172. | Del Monte Foods, Inc. | North Ave. Orchards<br>15527 Lombardy Ave. Turlock, CA 95380 | California Canning Peach Association Member's Allocation Form 50954 |
| 173. | Del Monte Foods, Inc. | Jorge Ochoa (J & M Labor Service, Inc.)<br>2240 Almond Ave Sanger, CA 93657 | California Canning Peach Association Member's Allocation Form 66260 |
| 174. | Del Monte Foods, Inc. | Jorge Ochoa (J & M Labor Service, Inc.)<br>2240 Almond Ave Sanger, CA 93657 | California Canning Peach Association Member's Allocation Form 66261 |
| 175. | Del Monte Foods, Inc. | Ohri Orchards<br>3281 Caminito Ave. Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10581 |
| 176. | Del Monte Foods, Inc. | George & Geeta Pagany<br>1249 Jodi Drive Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10628 |
| 177. | Del Monte Foods, Inc. | George & Geeta Pagany<br>1249 Jodi Drive Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10629 |
| 178. | Del Monte Foods, Inc. | Pamma Farms<br>9850 Sheldon Ave. Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10607 |
| 179. | Del Monte Foods, Inc. | G & A Orchards Pamma<br>3310 Pennington Rd., Live Oak, CA 95953, United States | California Canning Peach Association Member's Allocation Form 10605 |
| 180. | Del Monte Foods, Inc. | Jose M. Perez<br>6025 East Ave Turlock, CA 95380 | California Canning Peach Association Member's Allocation Form 51023 |
| 181. | Del Monte Foods, Inc. | Leonard Jr. Perez<br>PO Box 657 Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66549 |
| 182. | Del Monte Foods, Inc. | PR Ag Services, Inc.<br>P.O. Box 3182 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10651 |
| 183. | Del Monte Foods, Inc. | PR Ag Services, Inc.<br>P.O. Box 3182 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10652 |
| 184. | Del Monte Foods, Inc. | Purewal Custom Harvesting, Inc.<br>1961 Barry Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10596 |
| 185. | Del Monte Foods, Inc. | Quinterland, Inc.<br>1616 Germaine Dr. Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10657 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 186. | Del Monte Foods, Inc. | Rai Brothers<br>1861 Taylor Street Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10686 |
| 187. | Del Monte Foods, Inc. | Rai Brothers<br>1861 Taylor Street Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10687 |
| 188. | Del Monte Foods, Inc. | Rai Brothers<br>1861 Taylor Street Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10688 |
| 189. | Del Monte Foods, Inc. | Narinder S. Rai<br>9799 Ellis Court Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10689 |
| 190. | Del Monte Foods, Inc. | Sukhbir Singh Rai & Sons<br>1882 Taylor Street Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10685 |
| 191. | Del Monte Foods, Inc. | Rodin Ranch<br>10718 Rawles Rd Oakdale, CA 95361 | California Canning Peach Association Member's Allocation Form 51140 |
| 192. | Del Monte Foods, Inc. | Sandhu Orchards<br>2495 Holcomb Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10728 |
| 193. | Del Monte Foods, Inc. | Harbhajan S. Sandhu2611 Lincoln Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10730 |
| 194. | Del Monte Foods, Inc. | Inderjit & Parmdeep Sandhu<br>2611 Lincoln Rd., Yuba City, CA 95993, United States | California Canning Peach Association Member's Allocation Form 10716 |
| 195. | Del Monte Foods, Inc. | Inderjit & Parmdeep Sandhu<br>2611 Lincoln Rd., Yuba City, CA 95993, United States | California Canning Peach Association Member's Allocation Form 10717 |
| 196. | Del Monte Foods, Inc. | Sandra Anne Waller<br>585 Cowee Ave Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10719 |
| 197. | Del Monte Foods, Inc. | Jim Santini<br>22801 Williams Road Escalon, CA 95320 | California Canning Peach Association Member's Allocation Form 51207 |
| 198. | Del Monte Foods, Inc. | Schnitzler Farms Inc.<br>14433 E. Stroud Ave Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66637 |
| 199. | Del Monte Foods, Inc. | Parkash Shahi<br>438 Turner Ave Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10711 |
| 200. | Del Monte Foods, Inc. | Parkash Shahi<br>438 Turner Ave Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10712 |
| 201. | Del Monte Foods, Inc. | Parkash Shahi<br>438 Turner Ave Gridley, CA 95948 | California Canning Peach Association Member's Allocation Form 10713 |
| 202. | Del Monte Foods, Inc. | Josephine V. Sihota<br>12174 S. TEMPERANCE AVENUE Selma, CA 93662 | California Canning Peach Association Member's Allocation Form 66692 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 203. | Del Monte Foods, Inc. | Josephine V. Sihota<br>12174 S. TEMPERANCE AVENUE Selma, CA 93662 | California Canning Peach Association Member's Allocation Form 66694 |
| 204. | Del Monte Foods, Inc. | Simon Sihota<br>7375 E FLORAL AVENUE Selma, CA 93662 | California Canning Peach Association Member's Allocation Form 66702 |
| 205. | Del Monte Foods, Inc. | Gurmit Singh<br>1126 Kensington Way Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10735 |
| 206. | Del Monte Foods, Inc. | SJB Farms LLC.<br>1130 Morse Road Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10782 |
| 207. | Del Monte Foods, Inc. | Smith Brothers Ranch, LLC<br>11375 Meteer Rd Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10755 |
| 208. | Del Monte Foods, Inc. | Smith Ranch<br>1671 Campbell Road Live Oak, CA 95953 | California Canning Peach Association Member's Allocation Form 10750 |
| 209. | Del Monte Foods, Inc. | Smith Ranches<br>2437 Ahern Street Marysville, CA 95901 | California Canning Peach Association Member's Allocation Form 10763 |
| 210. | Del Monte Foods, Inc. | Jeff & Cara Strom<br>13460 North Ave. Delhi, CA 95315 | California Canning Peach Association Member's Allocation Form 51120 |
| 211. | Del Monte Foods, Inc. | T Gill Farms, Inc.<br>2008 Nepal Court Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10285 |
| 212. | Del Monte Foods, Inc. | Harjit S. Takhar<br>1737 Josephine Way Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10802 |
| 213. | Del Monte Foods, Inc. | Harjit S. Takhar<br>1737 Josephine Way Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10821 |
| 214. | Del Monte Foods, Inc. | Rajvinder Takhar<br>1119 Teal Hollow Rd. Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10841 |
| 215. | Del Monte Foods, Inc. | Raminder S. & Harmun Takhar<br>1938 S. Elliot Drive Yuba City, CA 95993 | Fruit Contract 10800 |
| 216. | Del Monte Foods, Inc. | Raminder S. & Harmun Takhar<br>1938 S. Elliot Drive Yuba City, CA 95993 | Fruit Contract 10807 |
| 217. | Del Monte Foods, Inc. | Surjeet K. Takhar,<br>3873 Carlson Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10803 |
| 218. | Del Monte Foods, Inc. | Harbhajan S. Takher & Sons<br>P.O. Box 130 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10805 |
| 219. | Del Monte Foods, Inc. | Harbhajan S. Takher & Sons<br>P.O. Box 130 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10806 |
| 220. | Del Monte Foods, Inc. | Harbhajan S. Takher & Sons<br>P.O. Box 130 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10830 |

| # | Debtor Counterparty | Rejection Counterparty | Description of Contract |
|---|---|---|---|
| 221. | Del Monte Foods, Inc. | The Palm Family<br>570 - 6 1/2 AVENUE Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66502 |
| 222. | Del Monte Foods, Inc. | The Palm Family<br>570 - 6 1/2 AVENUE Kingsburg, CA 93631 | California Canning Peach Association Member's Allocation Form 66510 |
| 223. | Del Monte Foods, Inc. | Ravi & Jay Thiara,<br>P.O Box 3599 Yuba City, CA 95992 | California Canning Peach Association Member's Allocation Form 10810 |
| 224. | Del Monte Foods, Inc. | Triangle Properties, Inc.<br>P.O. Box 15002 Sacramento, CA 95851 | California Canning Peach Association Member's Allocation Form 10593 |
| 225. | Del Monte Foods, Inc. | Triangle Properties, Inc.<br>P.O. Box 15002 Sacramento, CA 95851 | California Canning Peach Association Member's Allocation Form 10668 |
| 226. | Del Monte Foods, Inc. | United Farms, LLC<br>1181 Barwick, Way Yuba City, CA 95991 | California Canning Peach Association Member's Allocation Form 10850 |
| 227. | Del Monte Foods, Inc. | Venegas Farming, Inc.<br>12948 AVE 392 Cutler, CA 93615 | California Canning Peach Association Member's Allocation Form 66739 |
| 228. | Del Monte Foods, Inc. | Baltazar Villarreal<br>5049 E. Huntsman Ave Fowler, CA 93625 | California Canning Peach Association Member's Allocation Form 66731 |
| 229. | Del Monte Foods, Inc. | Voss Orchards, Inc<br>6700 Blue Gum Road Hughson, CA 95326 | California Canning Peach Association Member's Allocation Form 51387 |
| 230. | Del Monte Foods, Inc. | Wada Ranch<br>3691 Carlson Road Yuba City, CA 95993 | California Canning Peach Association Member's Allocation Form 10873 |
| 231. | Del Monte Foods, Inc. | Wilcox Family Inv. LLCPO BOX 70 Walnut Grove, CA 95690 | California Canning Peach Association Member's Allocation Form 51504 |