Order Filed on August 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Del Monte Foods Corporation II Inc., *et al.*,[1] | Case No. 25-16984 (MBK) |
| Debtors. | (Jointly Administered) |

### ORDER DENYING MOTION OF CO-MOVANTS PACIFIC COAST PRODUCERS, THE MORNING STAR PACKING COMPANY, L.P. AND MORNING STAR KINGS, LLC WITHOUT PREJUDICE

The relief set forth on the following pages, numbered three (3) through four (4), is **ORDERED**.

DATED: August 19, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

KL3 3761718.2

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff (admitted *pro hac vice*)
Rachael L. Ringer (admitted *pro hac vice*)
Megan M. Wasson (admitted *pro hac vice*)
Ashland J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail:   Adam.Rogoff@HSFKramer.com
          Rachael.Ringer@HSFKramer.com
          Megan.Wasson@HSFKramer.com
          Ashland.Bernard@HSFKramer.com

**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Felice R. Yudkin
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
         dbass@coleschotz.com
         fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
      *Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | Del Monte Foods Corporation II Inc., *et al.* |
| Case No. | 25-16984 (MBK) |
| Caption of Order: | ORDER DENYING MOTION OF CO-MOVANTS PACIFIC COAST PRODUCERS, MORNING STAR PACKING COMPANY, L.P. AND MORNING STAR KINGS, LLC |

Upon the *Motion of Co-Movants Pacific Coast Producers, The Morning Star Packing Company, L.P. and Morning Star Kings, LLC for Entry of an Order (I) (A) Compelling Debtors to Assume or Reject Certain Executory Contract and Unexpired Lease and (B) Grant Adequate Protection, or (II) in the Alternative, Granting Relief From the Automatic Stay* [Docket No. 173] (the "**Motion**"), together with the supporting declaration and exhibits [Docket Nos. 174, 175]; and upon the *Debtors' Objection to the Motion* [Docket No. 367] (the "**Debtors' Objection**"), the Official Committee of Unsecured Creditors' *Joinder to the Debtors' Objection and Reservation of Rights* [Docket No. 370], and the Ad Hoc Super-Senior Term Lender Group's Statement in Support and Joinder to the Debtors' Objection [Docket No. 371],[2] and the co-movants' *Reply in Further Support of the Motion* [Docket No. 379]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion, the Debtors' Objection, and all other pleadings and statements filed in connection therewith and having heard the statements and arguments of counsel made on the record at a hearing held before this Court on August 18, 2025 (the "**Hearing**"); and upon all of the proceedings had before the Court and after due deliberation thereon and for all the reasons stated on the record at the Hearing, which is incorporated herein by reference; now, therefore,

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the pleadings cited herein.

(Page | 4)
Debtors: Del Monte Foods Corporation II Inc., *et al.*
Case No. 25-16984 (MBK)
Caption of Order: ORDER DENYING MOTION OF CO-MOVANTS PACIFIC COAST PRODUCERS, MORNING STAR PACKING COMPANY, L.P. AND MORNING STAR KINGS, LLC

**IT IS HEREBY ORDERED THAT**:

1. The Motion is hereby **DENIED** without prejudice as and for the reasons set forth on the record of the Hearing.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.