**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff, Esq. (admitted *pro hac vice*)
Rachael L. Ringer, Esq. (admitted *pro hac vice*)
Megan M. Wasson, Esq. (admitted *pro hac vice*)
Ashland J. Bernard, Esq. (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Del Monte Foods Corporation II Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-16984 (MBK)<br><br>(Jointly Administered) |

**ADJOURNMENT REQUEST**

1. I, <u>Michael D. Sirota, Esq.</u>

   ☒ am the attorney for:  <u>the Debtors and Debtors in Possession</u>,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   1. Motion of Seneca Foods Corporation Pursuant to 11 U.S.C. §§105(a) and 365(d)(2) Compelling Debtors to Assume or Reject the Amended and Restated Supply Agreement [Docket No. 650]

   2. Motion of Seneca Foods Corporation to (I) File Supply Agreement Under Seal and (II) Redact Portions of Motion and Declaration to Compel Assumption or Rejection of Amended and Restated Supply Agreement [Docket No. 652]

   3. Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Confidential Information Contained in the Debtors' Objection to

---

[1] The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

    Motion of Seneca Foods Corporation Pursuant to 11 U.S.C. §§105(a) and 365(d)(2) Compelling Debtors to Assume or Reject the Amended and Restated Supply Agreement [Docket No. 766]

4. Supplement to Motion of Seneca Foods Corporation to (I) File Supply Agreement Under Seal and (II) Redact Portions of Motion and Declaration to Compel Assumption or Rejection of Amended and Restated Supply Agreement [Docket No. 791]

5. Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of the Hanford Lease and (B) Abandonment of any Personal Property, each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 580]

6. Debtors' Motion for Entry of an Order (I) Authorizing Rejection of Certain Pear Contracts and (II) Granting Related Relief [Docket No. 316]

**Current hearing date and time**: December 23, 2025 at 2:00 p.m.

**New date requested**: January 8, 2026 at 11:30 a.m.

**Reason for adjournment request**: The parties request an adjournment of these matters to allow additional time to explore the potential resolution of concerns and objections to relief requested.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: December 18, 2025        /s/ Michael D. Sirota
                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

                                              January 8, 2026 at 11:30 am

☒    Granted            New hearing date: _____        ☐    Peremptory

☐    Granted over objection(s)  New hearing date: _____    ☐    Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**