**TYDINGS & ROSENBERG LLP**
Stephen B. Gerald (admitted *pro hac vice*)
Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 587-6985
sgerald@tydings.com


*Co-Counsel to The J. M. Smucker Company*

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Daniel A. Bloom, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
jschwartz@riker.com
dbloom@riker.com


*Co-Counsel to The J. M. Smucker Company*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Del Monte Foods Corporation II, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.:  25-16984 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF MOTION OF THE J. M. SMUCKER COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

**PLEASE TAKE NOTICE** that on July 9, 2026, The J. M. Smucker Company ("Smucker") filed the *Motion of The J. M. Smucker Company for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "Motion") with the United States Bankruptcy Court for the District of New Jersey (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 8, Trenton, New Jersey 08608 or by such other

---

[1]    The last four digits of Debtor Del Monte Foods Corporation II Inc.'s tax identification number are 1894. A complete list of the Debtors in these Chapter 11 Cases and their respective tax identification numbers may be obtained on the website of the Debtors' Claims and Noticing Agent, at https://cases.stretto.com/DelMonteFoods. The location of the Debtor Del Monte Foods Corporation II Inc.'s principal place of business and the Debtors' service address is 205 North Wiget Lane, Walnut Creek, California 94598.

virtual or electronic means as determined by the Court on or before **July 23, 2026 (prevailing Eastern Time) (the "Objection Deadline")**. At the same time, you must serve a copy of the objection upon the undersigned counsel to Smucker so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that in support of the relief requested in the Motion, Smucker shall rely on the accompanying Declaration of Jaclyn Bryk Welch, which sets forth the relevant factual bases upon which the relief requested should be granted. A proposed form of Order granting the relief requested in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are timely filed and served by the Objection Deadline, the Court may grant the relief requested in the Motion without a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections may be considered at a **hearing on July 30 at 10:00 a.m. (prevailing Eastern Time**) before the Honorable Michael B. Kaplan, United States Bankruptcy Judge for the District of New Jersey, 402 East State Street, Courtroom 8, Trenton, New Jersey 08608 or by such other virtual or electronic means as determined by the Court.

[*Remainder of Page Intentionally Left Blank*]

July 9, 2026
Madison, New Jersey

**RIKER DANZIG LLP**

By:   /s/ *Joseph L. Schwartz*
Joseph L. Schwartz, Esq.
Conor Barron, Esq.
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
jschwartz@riker.com
cbarron@riker.com

-and-

**TYDINGS & ROSENBERG LLP**

Stephen B. Gerald (admitted *pro hac vice*)
Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 587-6985
sgerald@tydings.com

*Attorneys for The J. M. Smucker Company*

4902-3040-5307, v. 2